```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  DAN G. BOYLE (Cal. Bar No. 332518)
    Assistant United States Attorneys
 6  Asset Forfeiture Section
         1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-2426
         Facsimile: (213) 894-0142
 9       E-mail:  Daniel.Boyle2@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
```

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

                           WESTERN DIVISION

| UNITED STATES OF AMERICA,                      | 2:21-cv-04569 JAK(KSx)                               |
|---|---|
| Plaintiff,                                     | NOTICE OF RECIEPT OF POTENTIAL CLAIMANT DOCUMENTS    |
| v.                                             |                                                      |
| REAL PROPERTY LOCATED IN MALIBU, CALIFORNIA,   |                                                      |
| Defendant.                                     |                                                      |

   PLEASE TAKE NOTICE that on August 5, 2021, plaintiff received a document styled as a "COUNTERCLAIM AGAINST No. 2:21-cv-4569" (the "Counterclaim") apparently on behalf of a potential claimant in this action, Melvin Huges ("Huges"). A copy of the Counterclaim is attached hereto as "Exhibit A."

   The Counterclaim was sent by registered mail from Luis A. White Notary Services, LLC, 6514 Menlo Ave., Los Angeles, California 90044

on behalf of Huges.  The specific recipients of the Counterclaim were Acting United States Attorney Tracy L. Wilkinson, and Assistant U.S. Attorneys Steven R. Welk, and Dan G. Boyle who each received an individual copy of the Counterclaim.

While the Counterclaim does not purport to be a claim as required by Supplemental Rule G(5)(a)(i) ("A person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the court where the action is pending"), mindful of Huges' apparent *pro se* status and thus reading the Counterclaim with "great leniency," Draper v. Coombs, 792 F.2d 915, 924 (9th Cir. 1986), the Counterclaim might be liberally construed as a motion to dismiss for lack of jurisdiction in lieu of an answer.

Accordingly, the government herby provides notice to the Court of receipt of the Counterclaim. Should the Court accept the Counterclaim as a motion, the government is prepared to respond in accordance with the Local Rules, by no later than August 27, 2021. In the meantime, the government will serve a copy of this filing on Huges by U.S. mail.

DATED: August 6, 2021

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2