CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| LUIS A. WHITE   NOTARY SERVICES LLC<br>6514 MENLO AVE.<br>Los Angeles, Calif. [90044]<br>TELEPHONE NO.: 213-894-2426   FAX NO. (Optional):<br>ATTORNEY FOR (Name): TRACY L. WILKSON | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 1400 UNITED STATES COURTHOUSE
MAILING ADDRESS: 312 NORTH SPRING STREET
CITY AND ZIP CODE: LOS ANGELES, CALIFORNIA 90012
BRANCH NAME:

CASE NAME:
UNITED STATES OF AMERICAN V. REAL PROPERTY

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] Unlimited    [ ] Limited<br>(Amount         (Amount<br>demanded        demanded is<br>exceeds $25,000) $25,000) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | NO. 2:21-cv-4569<br>JUDGE:<br>DEPT.: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[x] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[x] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is  [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [ ] monetary  b. [x] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify):
5. This case [ ] is  [x] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: July 28, 2021

Melvin Huges
(TYPE OR PRINT NAME)                    ▶ Melvin Huges, 1308
                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

**B**
**o**
**n**
**d**
**e**
**d**

**Five**
**Billion**

**$**
**5,**
**0**
**0**
**0,**
**0**
**0**
**0,**
**0**
**0**
**0.**
**0**
**0**
**U,S.D.**

Private                          Cert

The, MELVIN HUGES, Estate
c/o
ON: Malibu: ON: California

RA 987 568 375 US

Label 200, July 1999      (102595) 99-M-1904

To and in the District Court of the united States
for the central district of California

| | |
|---|---|
| In Re united States of America ) | Cause of Action:_____ |
| Plaintiff, ) | |
| v. ) | COUNTERCLAIM AGAINST No. 2:21-cv-4569 |
| ) | |
| Real Property WITH ) | 1- **COUNTERCLAIM BY 3rd Party PLAINTIFF:** |
| Fictious Defendant. ) | **MEMORANDUM AND PETITION FOR ORDER** |
| =========================) | **TO DISMISS WITH PREJUDICE;** |
| melvin huges, ) | **MEMORANDUM OF POINTS & AUTHORITIES.** |
| Third Party Plaintiff, ) | **AND, AN ORDER TO SHOW CAUSE, IN THE** |
| ALTERNATIVE ) | **ALTERNATIVE TO SAID PETITION FOR RELIEF.** |
| v. ) | Date: |
| Janet Yellan, Treasurer ) | Time: |
| Third-Party Defendant. ) | Location: |
| ) | /s_____. |

To: the district court of the united states, Comes Now the above-entitled plaintiff, under 'special visitation' to petition this honorable court for relief via this CounterClaim against the fictitious plaintiff, named above, located without the geographical area of the "United States, and or the United States of America"; the land area commonly referred to as the Thirteen (13) Original Colonies; and

1-      And, by so, this court is without subject matter jurisdiction to proceed on this matter as the prosecutorial ally facilitating the engineered claim under guise of a corpus delicti; i.e., an 'injured party'. No evidence is submitted of loss, and or injury(ies), sustained resulting in a lawful claim(s) for remedy against the, MELVIN HUGES, Estate/Trust; and

2-      The Third Party Plaintiff brings this action for relief, pursuant to Rule 13, of the Federal Rules of Civil Procedure, wherein the injury(ies) sustained are within the same matter now before this court; and

3-      The prosecutorial parties alleges facts not supported by any submitted evidence. And has further executed a case this principal believes to be the result from accounts of engaging the 'commingling of 'species of "money" to foster claims that are without the geographical territory(ies) of the united States, or the united States of America, as is portrayed by the alleging Party(ies) Plaintiff in the above commercial account 'for profit', account;

4-      The jurisdiction of this court over the subject matter, is said to be essential, necessary, indespensible, and an elementary prerequisite to the exercise of judicial powers. 21 C.J.S., "Courts", § 18, p. 25; without such, a court cannot legally proceed with a trial of the facts, or make a judgment over the matter at hand;

5-      The Third-Party Plaintiff alleges the subject matter jurisdiction of this court is lacking, as the allegations are not supported by recognizable evidence against the, MELVIN HUGES, Estate, a **nontaxpayer**, who's **not within the geographical jurisdiction** of the 'acting united states attorney', or this honorable court, as there is no material object in controversy as alleged to be within said geographical jurisdictions at huges Estate issue; and

1/5

4                                              Exhibit "A"

Bonded Five Billion $ 5,000,000,000,000,000.00 U,S.D.

7- The Third-Party Plaintiff requests this court grant the attached CounterClaim, in providing the relief sustained, in addition to the ORDER TO SHOW CAUSE against the attorney general, compelling that party to show proof before this court, why said relief prayed for, should not be granted, along with any and all additional relief that such injuries so deserve in the above numbered matter;

## JURISDICTION AND VENUE

8- "The proceedings in any court are void if it wants **jurisdicion** of the case in which it has assumed to act. Jurisdiction is, <u>first</u>, of the 'subject-matter', <u>second</u>, of the persons whos' rights are to be passed upon.." Thomas Cooley: ' <u>A Treatise on the Constitutional Limitations</u>'.

9- In this instance, the law, from where the court and the attorney general are presumed to acquire jurisdiction, are 'administrative" (corporate) in nature; and are not applicable to the alleged Respondent/defendant. The law, as deemed 'Constitutinal', has to present three (3) essential elements: 1- Title; 2- Enacting Clause; and 3- Body. The structure of the law raised and alleged to have been violated by this Third-Party Plaintiff, has but two (2) parts. And in no way, appears Constitutional, in nature or structure; and is therefore NONconstitutional, in fact; and

10- Consent *cannot* confer jurisdiction; jurisdiction is conferred by the law. The 'issue' of challenge to the 'subject matter jurisdiction' may be challenged at any time. 21 American Jurisprudence, 2nd , "Common Law,", § 339, p. 589 "Jurisdiction to decide is jurisdiction to make a 'right or wrong' decision. <u>Pope v. United States</u>, 323 U.S. 1, 65 Sup. CT. Rep. 16, 23 (1964)

11 In regards to the, 'Statement of Facts', there IS NO SWORN, NOTARIZED TESTIMONY UNDER PENALTY OF PERJURY, NOTARIZED STAMP FOR WITNESS OF THE PRESENTMENT(s), OR AFFIDAVITS SWORN BEFORE A NOTARY;

12- The alleged complaint contains argument; and argument IS NOT evidence, first-hand, or otherwise, submitted under penalty of perjury. This 'arbitrary "data", is made to be presented to a bias, clerk or third-party attorney general for favor under guise of a court's enactment of a judicial response;

13- There is nothing for the Third Party Plaintiff to dispute, argue against, or contradict. No facts are in evidence, thus there is no need to present evidence directed to contradict the conjecture;

## UNCONTROVERTED 'FACTUAL EVIDENCE'

14- n, <u>June 03, 2021</u>, the attorney general's office mailed an instrument entitled, 'VERIFIED COMPLAINT FOR FORFEITURE' (theft), to the United States District Court, for the Central (Tax) District of California, No. 2:21-cv-4569;

15- Certain private informations contained therein, alleged, the, MELVIN HUGES, Trust is the private person responsible for violating IRS Codes, Statutes, and Regulations. And that attorney general submitted said 'data' to this court in hopes that a previous, arbitrary and capricious criminal/civil arrest of property(ies) *already held* under such UNCONSTITUTIONAL SEIZURE, in violation of U.S. Constitution's Fourth Amendment, would be confirmed and deemed justified, in retrospect;

16- Such arbitrary and UNconstitutional seizure of property(ies) are acts frequently committed against American prejudicially classified as "Black", "Negro(es)", "Slaves", and "Taxpayers"; not NONtaxpayers;

17- The latter, NONtaxpayers are without and outside the scope of such 'revenue laws and codes', per, <u>Long v. Rasmussen</u>, (D. Mont. 1922) 281 F. 236). "The revenue laws are a code or system in regulation of tax assessment and collection. They relate to taxpayers, and not to nontaxpayers. The latter are without their scope. No procedure is prescribed for nontaxpayers, and *no attempt* is made to *annul* any of their rights and remedies in due course of law."

**Bonded Five Billion $5,000,000,000,000.00 U,S.D.** *(vertical left margin)*

18- "No attempt is made to annul any of their rights and remedies in due course of law." That part has apparently been omitted by the Federal Attorney General's Office, in its zeal to commercially profit from these revenue claims of seizing 'Black folks properties', for sale at auctions and other disposal farms;

19- The effort to 'report' legal activities that occur 'outside of the United States, per requisite forms is necessitated by the multiple law enforcement seizures of said properties, to account... since most thefts are NOT ACCOUNTED FOR by the very law enforcement that brings arbitrary, unfounded claims to courts;

20  The UNITED STATES DISTRICT COURT is a legislative court, whereby the initial relief from said UNconstitutional Seizures, my occur. [O'Donoghue v. U.S., 299 U.S. 516 (1933)] via an independent judiciary of federal judges, via Article III courts. Mookini v. U.S., 303 U.S. 201

21- The Third Party Plaintiff appeals for the dismissal of this action, for cause. "Where statute authorized Supreme Court to prescribe Criminal Appeals Rules in District Courts of the United States, including named territorial court, omission in rules when drafted of reference to District Court of Hawaii, and another in the District of Columbia courts."

22- 26 U.S. Code § 165 - Losses | U.S. Code | US Law | LII / Legal ... https://www.law.cornell.edu › ... › PART VI. 26 U.S. Code § 165 - Losses. There shall be allowed as a deduction any loss sustained during the taxable year and not compensated for by insurance or otherwise; Per, Long v. Rasmussen,

16- Third Party Plaintiff request **MANDATORY JUDICIAL NOTICE** TO THIS AUTHORITY: (Long v. Rasmussen, D. Mont. 1922) 281 F. 236; "Revenue laws are a code or system in regulation of tax assessment and collection. *They relate to taxpayers, and not to nontaxpayers*. The latter are without their scope. No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them Congress does not assume to deal, and they are neither of the subject nor of the object of the revenue laws."

17- The United States of America has 'no legal interest in the, MELVIN HUGES, Estate/Trust; nor has the United States attorney presented, served or deposited any evidence of a Constitutionally constructed Search Warrant, With A Notarized Affidavit attached thereto, upon the Third Party Plaintiff in this action.

18- To this point, this is an exercise in 'fraudulent misrepresentation', on a private person, without the United States and without the United States of America. To which the Third Party Plaintiff reaffirms and reasserts 'Objections' thereto. In both cases presented herein, no visible indication of "implementing regulations' for the enforcement of Subtitle A taxes, as service is apparent therein, as is **required by law;**

19- The Third Party Plaintiff, **IS NOT** a U.S. citizen, federal person, (26 U.S.C. § 7701(a)(30). But at all times, has acted without the Federal Territories. Any instrument whereupon this party is presumed to have executed and endorsed, is the area from which any prosecution MUST be commenced. And... that is not (this) Federal Court.

20- And... contracts 'requiring lawful money', are declared *illegal, pursuant to 31 USC § 5118(d)(2)*. With the attorney general not depicting a 'lawful money symbol' before the dollar, its ambiguous as to what that person means when depicting the chosen symbol for <money>;

21- All of the, MELVIN HUGES, Estate/Trust references are secured by maritime liens, and posted at the Secretary of States' office as 'registered securities'; and are thereby financial assets to the corporate and organic California and the United States, as is known by the attorney general;

22- Corporations, as the United States, frequently and illegally, "sell their payables" to offset their balance sheets; such is referred to as securitization"; i.e., 'off-balance sheet' financing. The CounterClaim filed hereby, forces 'admission by participating facilities the Third-Party Plaintiff will petition for the issuance of mandatory judicial notice for production of documents and other materials to this matter.

R. KYLE ARDOIN
SECRETARY OF STATE

19027037-1

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Louisiana, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fifth day of April, 2019.

*Michael R. Pompeo*

Secretary of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC*

7

Exhibit "A"

Bonded

Five Billion

$ 5,000,000,000,000.00 0 0

U,S.D.

## CONCLUSION

23-    In any instance, that jurisdictional challenge proceeds, the Third Party requests a hearing on the court's findings, proceeded by an ORDER TO SHOW CAUSE why the subject matter of this court is not wanting, and why the court should not order the attorney general to present facts showing the law(s) in question, are not wanting of the structure that gives such laws application to the Third Party Plaintiff, or Common Law enforceability; and

24-    In Any Such Event, Third Party Plaintiff, shall requests the court schedules that matter for hearing on final decision, and accept this party's NOTICE OF APPEAL and request for STAY OF EXECUTION PENDING THE APPEAL OF THE COURT's RULING/ORDER.

### Affirmation

One, _Melvin Huges_, affirms the above and foregoing is the truth, the whole truth, and nothing but the truth, so help one, God, ON: Los Angeles; ON: California; without the United States' and it's local and, or geographical jurisdiction as requried by (26 USC § 6013(g)(3) and 26 USC § 871(D). "In order for 'real property to be treated as _'effectively connected with'_ a United States trade or business by way of election, it **must** be located **within** the geographical United States (26 USC § 871(d).

Provisions cited above preclude any and all legal authority for Citizens of the several Stated or privately owned enterprise located in the several States to participate in federal tax and benefit programs prescribed in Subtitles A & C of the Internal Revenue Code and companion legislation such as the Social Security Act which provide benefits from the United States Government, which is a 'foreign corporation' to the several States."

Without Prejudice,

By: _Melvin Huges, 1308_

melvin huges, private party, 1308

---

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certification is attached and not the truthfulness, accuracy or validity of that document.

**STATE OF CALIFORNIA**          )
                                 ) SS:
**COUNTY OF LOS ANGELES**        )

Subscribed and sworn to (or affirmed) before me on this 28th day of July, 2021, by: MELVIN HUGES proved to me on the basis of satisfactory evidence to be the person who appeared before me.    Melvin Huges, Trustee of the, MELVIN HUGES, Estate
LUIS A. WHITE NOTARY SERVICES LLC
6514 MENLO AVE.
Los Angeles, Calif. [90044]
Non domestic _without_ the United States

Notary Signature

LUIS A. WHITE
Commission No. 2217893
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm Expires October 12, 2021

Exhibit "A"

Private        Registered Mail Tracking Number_____

# EVIDENCE No.



"A"

## REQUEST FOR:

# MANDATORY / DISCRETIONARY JUDICIAL NOTICE

REORGANIZATION Plan No. 1 (1965)    5 USC 903

2. The Director shall perform the functions, exercise the powers and carry out the duties of the Secretary and the administration and the enforcement of the following provisions of law:

A. Chapters 51 and 52 and 53 of the Internal Revenue Code of 1954 and Section 7652 and 7653 of such code insofar as they relate to the commodity subject to tax under such chapters.

B. Chapter 61 to 80 inclusive to the Internal Revenue Code of 1954 insofar as they relate to activities administered and enforced with respect to chapters 51, 52, 53. (emphasis added)

. Transfer of functions and duties of IRS to BATF relative to Internal Revenue Code Subtitle F (chapters 61 to 80) is important where the instant matter is concerned as the only regulations published in the Federal Register applicable to the several States are under 27 CFR, Part 70 and other parts of this title relating exclusively to alcohol, tobacco and firearms matters. However, the charade doesn't end there. In Reorganization Plan No. 1 of 1965 (5 USC § 903), the original Bureau of Customs, created by Act of Congress in 1895, was abolished and merged under the Secretary of the Treasury.

. In a Treasury Order published in the Federal Register of December 15, 1976, the Secretary of the Treasury used something of a slight of hand to confuse matters more by determining, "The term Director, Alcohol, Tobacco, and Firearms has been replaced with the term Internal Revenue Service."

. Obviously, it is impossible to replace a person with a thing when it comes to administrative responsibility. However, the order demonstrates that IRS and BATF are one and the same, merely operating with interchangeable hats. Therefore, definitions and designations applicable to one are applicable to the other.  (IRS/BATF are one)

. In definitions at 27 CFR § 250.11, the following provisions are found:

. Revenue Agent. Any duly authorized Commonwealth Internal Revenue Agent of the Department of the Treasury of Puerto Rico.

. Secretary. The Secretary of the Treasury of Puerto Rico.

. Secretary or his delegate. The Secretary or any officer or employee of the Department of the Treasury of Puerto Rico duly authorized by the Secretary to perform the function mentioned or described in this part.

. In the absence of any other definition describing revenue officers and agents, the Secretary, or the Department of the Treasury, definitions above are uniformly applicable to all IRS and BATF departments, functions and personnel. In fact, it will be found that even petroleum tax prescribed in Subtitle D of the Internal Revenue Code applies only to United States territorial jurisdiction exclusive of the several States and to imported petroleum. BATF has authority only with respect to firearms, munitions, etc., produced outside the several States and the first sale of imports.

. The two delegations of authority to the Commissioner of Internal Revenue thus far located tend to reinforce conclusions set out above. Treasury Department Order No. 150-42, dated July 27, 1956, appearing in at 21 Fed. Reg. 5852, specifies the following:

*The Commissioner shall, to the extent of the authority vested in him, provide for the administration of United States internal revenue laws in the Panama Canal Zone, Puerto Rico and the Virgin Islands

*On February 27, 1986 (51 Fed. Reg. 9571), Treasury Department Order No. 150-01 specified the following:

. The Commissioner shall, to the extent of authority otherwise vested in him, provide for the administration of the United States internal revenue laws in the U.S. Territories and insular possessions and other authorized areas of the world.

. To date only three statutes in the Internal Revenue Code of 1986, as currently amended, have been located that specifically reference the several States, exclusive of the federal States (District of Columbia, Puerto Rico, Guam, the Virgin Islands, etc.): 26 USC §§ 5272(b), 5362(c) & 7462. The first two provide certain exemptions to bond and import tax requirements relating to imported distilled spirits for governments of the several States and their respective political subdivisions, and the last provides that reports published by the United States Tax Court will constitute evidence of the reports in courts of the United States and the several States. None of the three statutes extend assessment or collections authority for IRS or BATF within the several States.

. IRS is contracted to provide collection services for the Agency for International Development, and case law demonstrates that the true principals of interest are the International Monetary Fund and the World

Private        Registered Mail Tracking Number_____

# EVIDENCE No.

" B "

## REQUEST FOR:

# MANDATORY / DISCRETIONARY JUDICIAL NOTICE

Register in support of § 7433 (see Parallel Table of Authorities and Rules, beginning on page 751 of the Index volume to the Code of Federal Regulations). Therefore, § 7804(b) preserves rights and determines the nature of civil actions for remedies in the several States. When straightened out, applicable portions of § 7804(b) read as follows:

. Nothing in [the Internal Revenue Code] shall be considered to impair any right, [including trial by jury], or remedy, [***], to recover any internal revenue tax alleged to have been erroneously or illegally assessed or collected ... The venue of any such action shall be the same as under existing law.

. The necessity of due process is implicitly preserved by 28 USC § 2463, which stipulates that any seizure under United States revenue laws will be deemed in the custody of the law and subject solely to disposition of courts of the United States with proper jurisdiction. In other words, even if IRS had legitimate authority in the several States, the agency would of necessity have to file a civil or criminal complaint prior to garnishment, seizure or any other action adversely affecting the life, liberty or property of any given person, whether a Fourteenth Amendment citizen-subject of the United States or a Citizen principal of one of the several States. Due process assurances in the Fifth and Fourteenth Amendments do not equivocate -- administrative seizures without due process can be equated only to tyranny and barbarian rule. Further, even regulations governing IRS conduct acknowledge and therefore preserve Fifth Amendment assurances at 26 CFR § 601.106(f)(1).

. (1) Rule I. An exaction by the U.S. Government, which is not based upon law, statutory or otherwise, is a taking of property without due process of law, in violation of the Fifth Amendment to the U.S. Constitution. Accordingly, an Appeals representative in his or her conclusions of fact or application of the law, shall hew to the law and the recognized standards of legal construction. It shall be his or her duty to determine the correct amount of the tax, with strict impartiality as between the taxpayer and the Government, and without favoritism or discrimination as between taxpayers.

. Even officers, agents and employees of United States agencies are assured due process where garnishment is concerned (5 USC § 5520a), so the notion that IRS has authority to execute garnishment and other seizures via the private sector without due process is clearly absurd. In the English-American lineage, due process has always been deemed to mean trial by jury under rules of the common law indigenous to the several States; the de jure people of America are not subject to admiralty or administrative tribunals.

. Where officers, agents and employees of the Internal Revenue Service are concerned, there can be no plea of ignorance concerning the necessity of due process as the Handbook for Revenue Agents, at paragraph 332: (1), provides the following:

. During the course of administratively collecting a tax, an occasion may arise where service of a levy or a notice of levy is not adequate to seize the property of a taxpayer. It cannot be emphasized too strongly that constitutional guarantees and individual rights must not be violated. Property should not be forcibly removed from the person of the taxpayer. Such conduct may expose a revenue officer to an action in trespass, assault and battery, conversion, etc.

. The provision acknowledges the Supreme Court decision in Larson v. Domestic and Foreign Commerce Corp. 337 U.S. 682 (1949).

In sum, the mandate for due process, meaning initiatives through judicial courts with proper jurisdiction, is clearly antecedent to imposition of administratively-issued liens, except where licensing agreements obligate assets, or seizures, whether by garnishment, attachment of bank accounts, administrative seizure and sale of real or private property, or any other initiative that compromises life, liberty or property.

### 3. Current Internal Revenue Code & Internal Revenue Code of 1939 Are Same

. Consult 26 USC §§ 7851 & 7852 to verify that the Internal Revenue Code of 1954, as amended in 1986 and since, simply reorganized the Internal Revenue Code of 1939. Read § 7852(b) & (c), then read the balance of §§ 7851 & 7852 for best comprehension.

. The importance of making this connection rests on the fact that the Internal Revenue Code of 1939 was merely codification of the Public Salary Tax Act of 1939. There was no general income tax levied against the population at large in 1939 or since. The Public Salary Tax Act of 1939, which in the

Private          Registered Mail Tracking Number_____

# EVIDENCE No.
## "C"

## REQUEST FOR:

# MANDATORY / DISCRETIONARY JUDICIAL NOTICE

are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal.596; 167 Cal 762. And;

*Agency* [margin annotation]

San Christina Inv. Co. v. San Francisco, 167 Cal. 762 [margin annotation]

"Apparent agency."

Kotera v. Daioh Int'l U.S.A. Corp,9509-06556; A100452 (Or. 01/30/2002) (In the absence of agency based on actual authority, plaintiff (FRANCHISE TAX BOARD) was required to produce evidence of apparent agency to support personal jurisdiction over (Defendant). Miller v. McDonald's Corp., 150 Or App 274, 282, 945 P2d 1107 (1997). To establish apparent agency, plaintiff must have offered evidence that (1) Defendants held out Plaintiff as an agent, and (2) plaintiff justifiably relied on that holding out. See id. at 282-83. Plaintiff alleged neither such "holding out" by Defendants nor reliance on plaintiff's part. The only evidence of "holding out" came from the affidavit submitted by Defendants, which acknowledged that Plaintiff was a director of the corporation. However, no evidence before the trial court established that plaintiff relied on that information in agreeing to the transaction. Accordingly, there was insufficient evidence before the trial court to support an exercise of personal jurisdiction over Defendant, and the trial court erred in denying Defendant's motion to dismiss on that ground;

14. Although courts sometimes have used "apparent authority" and "apparent agency" interchangeably, the distinction is important. "Apparent agency creates an agency relationship that does not otherwise exist, while apparent authority expands the authority of an actual agent." Miller, 150 Or App at 282 n 4. Thus, apparent authority is relevant only if actual agency already has been established. Here, because plaintiff has offered no evidence to establish the *existence* of an actual agency, apparent authority is not implicated.);

*Defenses & Objections* [margin annotation]

ORCP 21(A) (*Defenses and Objections, How presented*) (Every defense, in law or fact, to a claim for relief in any pleading, whether a complaint, counterclaim, cross-claim or third party claim, shall be asserted in the responsive pleading thereto, except that the following defenses may at the option of the pleader be made by motion to dismiss: (1) lack of jurisdiction over the subject matter, (2) lack of jurisdiction over the person,"A judge ceases to sit as a judicial officer because the governing principals of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments and rationale for that of the agency.

Additionally, courts are prohibited from their substituting their judgments for that of the agency." American Iron and Steel v. United States, 568 F.2d 284. And; "... judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis., ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.) "...their supposed "courts" becoming thus a court of "limited jurisdiction" as a mere extension of the involved agency for mere superior reviewing purposes." K.C. Davis, ADMIN. LAW., P. 95, (CTP, 6 Ed. West's 1977)> FRC v. G.E., 281 U.S. 464; Keller v. P.E.P., 261 U.S. 428. And; A so-called Municipal or District court that is not a constitutional court is a legislative tribunal.  *Superior* [margin annotation]

In speaking on this subject in relation to the Constitution for the united States of America,

# PROOF OF SERVICE

## (C.C.P. 1013 (a)); 2015.5; 28 U.S.C. 1746



I, __Cheri Ewing__, am over the age of (18) years, and I am not a party to the within cause of action. My location is:

> __Cheri Ewing__
> __72-630 Ramon Road #1012__
> __Thousand Palms, CA  [92276]__

On, ___July 28, 2021___, I personally served the following documents:
__COUNTERCLAIM BY 3rd PARTY PLAINTIFF, MEMORANDUM AND PETITION FOR ORDER TO DISMISS WITH PREJUDICE, MEMORANDUM OF POINTS AND AUTHORITIES, AND ORDER TO SHOW CAUSE IM THE ALTERNATIVE TO SAID PETITION FOR RELIEF__

by depositing a true and correct copy thereof in the United States mail at the Cental Main Station in Los Angeles, California 90044, with postage fully paid thereon, addressed as follows to:

> __CV 21-04569-AFM__
> __1400 United States Courthouse__
> __312 North Spring Street__
> __Los Angeles, CA  90012__

I have read the above statement(s) and do declare it to be the truth, the whole truth, and nothing but the truth so help me God.

Executed this __28th__ ,day of __July, 2021,__

Without Prejudice

By:_____
Cheri Ewing

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>1400 United State Courthouse<br>312 North Spring Street<br>Los Angeles, California 90012 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| <br>9590 9402 2656 6336 1335 61 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label) | | |

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

Exhibit "A"