TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:    Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CV-04569-JAK-KS |
| Plaintiff, | **RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| REAL PROPERTY LOCATED IN MALIBU, CALIFORNIA, | |
| Defendant. | |

RESPONSE TO ORDER TO SHOW CAUSE

1. On September 21, 2021, the Court issued an Order to Show Cause Regarding Dismissal for Lack of Prosecution regarding the defendant in this action, Real Property Location in Malibu, California (the "Defendant Property"), ordering the government to show cause, on or before September 28, 2021, why this action should not be dismissed for lack of prosecution.

2.  The government filed the complaint for forfeiture in this action on June 3, 2021. See ECF No. 1.

3.  Pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure, claims and answers to the complaint were due no later than September 3, 2021.

4.  To date, no claims have been filed to the Defendant Property.

5.  The government has received one document purporting to be a Motion to Dismiss in lieu of an answer from one potential *pro se* claimant to the Defendant Property. On August 6, 2021, the government gave notice to the Court of receipt of this document, by filing a copy of this motion and related documents. See ECF No. 10.

6.  On August 27, 2021, the government filed an opposition to the potential claimant's motion. See ECF No. 11.[1] As of this filing, the motion is pending.

7.  As no claims have been filed, notwithstanding the pending motion to dismiss, the government will request the entry of default against the interests of all claimants, known and unknown, within 14 days of the filing this response, October 6, 2021.

---

[1] As described in the opposition (ECF No. 11, at 1, n.1), the government takes the position that this potential claimant has, at most, filed a responsive pleading, but nonetheless has failed to file a claim as required by Supp. Rule G(5). The Court, however, does have discretion to extend the potential claimant's time to file a claim, if the Court finds good cause to do so. See Supp. Rule G(5)(A)(ii). The government respectfully submits that no such good cause exists here, where the potential claimant has been served and has filed a responsive pleading, but has still failed to file a claim as required.

8. The government has been diligently prosecuting this case, including by responding to the motion to dismiss and accompanying interactions with a *pro se* potential claimant. Dismissal for lack of prosecution would therefore be improper.

9. Plaintiff respectfully requests, therefore, that the Order to Show Cause be discharged and plaintiff be allowed to continue to prosecute this matter.

DATED: September 22, 2021

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

         */s/ Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America