UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>REAL PROPERTY LOCATED IN MALIBU, CALIFORNIA,<br><br>　　　　Defendant. | NO. 2:21-CV-04569-JAK-KLS<br><br>DEFAULT JUDGMENT OF FORFEITURE<br><br>**JS-6** |

　　On June 3, 2021, the government filed a Verified Complaint for Forfeiture as to the defendant, Real Property Located in Malibu, California ("defendant property"), pursuant to 18 U.S.C. § 981(a)(1)(A) & (C).  A Default by Clerk was entered on September 27, 2021, against the interests of Melvin Huges, Patricia Morris, and all other potential claimants. Dkt. 17. On June 28, 2023, an Order issued granting the government's motion for default judgment.

　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

　　1.　This Court has jurisdiction over the subject matter of this action and over the parties.

　　2.　The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) & (C).

3.  Notice of this action has been given in the manner required by law.  No Claim was filed in this action by any claimant.  The Court deems that all potential claimants, including Melvin Huges and Patricia Morris, admit the allegations of the Complaint for Forfeiture to be true.

4.  A default judgment shall be and hereby is entered against the interests of all potential claimants, including Melvin Huges and Patricia Morris, in the defendant property.

5.  The defendant property shall be and is hereby forfeited to the United States of America, which shall dispose of the defendant property in the manner required by law.

6.  The Court finds there was reasonable cause for the seizure of defendant property, and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

**IT IS SO ORDERED.**

Dated:   July 13, 2023

John A. Kronstadt
United States District Judge

2