UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED IN MALIBU, CALIFORNIA,<br><br>          Defendant. | NO. 2:21-CV-4569-JAK (KSx)<br><br><u>ORDER RE GOVERNMENT'S APPLICATION FOR AMENDED DEFAULT JUDGMENT OF FOREFITURE (DKT. 27)</u> |

   Based on a review of the Government's Application for Amended Default Judgment of Forfeiture (the "Application" (Dkt. 27)), sufficient good cause has been shown for the requested relief. Therefore, the Motion is **GRANTED**, as follows:

   1.   This Court has jurisdiction over the subject matter of this action and over the parties.

   2.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) & (C).

   3.   Notice of this action has been given in the manner required by law. Melvin Huges, Trustee of the Bandele Trust dated April 4, 2016 was given notice of the forfeiture under his capacity as

Trustee. No Claim was filed in this action by any claimant. The Court deems that all potential claimants, including Melvin Huges and Patricia Morris, admit the allegations of the Complaint for Forfeiture to be true.

4.  A default judgment shall be and hereby is entered against the interests of all potential claimants, including Melvin Huges and Patricia Morris, in the Defendant Real Property.

5.  The Assessor's Parcel Number for the Defendant Real Property located at 23301 W. Pompano St., Malibu, CA 90265 is 4453-033-006. The legal description of the Defendant Property is as follows:

> Real property in the unincorporated area of the County of Los Angeles, State of California, described as follows:
> Lot 55 of Tract No. 30203, in the County of Los Angeles, State of California, as per map recorded in book 867 pages 80 through 86 of maps, in the office of the County Recorder of said county. Except therefrom 1/8th of all oil, petroleum, gas, coal, asphaltum and other hydrocarbon substances and other minerals under and in said land without the right to go upon said land to take or extract said substances, as reserved by Edmund M. Mc Cray and Elisabeth Gordon-Mc Cray, husband and wife, in deed recorded May 26, 1965 as Instrument No. 1406 Official Records.
> Also except 1/8th of all oil, petroleum, gas, coal, asphaltum and other hydrocarbon substances and other minerals under and in said land without the right to go upon said land to take or extract said substances, as reserved by Peter Baley, in

        deed recorded March 25, 1971 as Instrument No. 3441, Official Records.

        Also except 1/8th of all oil, gas, coal, petroleum, asphaltum and other hydrocarbon substances and other minerals under and in said land without the right to go upon said land to take or extract said substances, as reserved by Arlene Lemay (Thompson), in deed recorded July 14, 1971 as Instrument No. 2324, Official Records.

6. The Defendant Real Property shall be and is hereby forfeited to the United States of America, which shall dispose of the Defendant Real Property in the manner required by law.

7. The Court finds there was reasonable cause for the seizure of defendant property, and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

**IT IS SO ORDERED.**

August 29, 2023
Date

John A. Kronstadt
United States District Judge