IN THE DISTRICT COURT OF THE STATE OF CALIFORNIA
COUNTY OF Los Angeles
MODUPE TRUST
Vs
CASE NUMBER 2:21-cv-04569-JAK-KS
MOTION TO VACATE ORDER BASED ON MIS-IDENTIFICATION

## I. INTRODUCTION

Claimant Modupe Trust respectfully moves this Court to vacate the order of forfeiture enterd on August 8, 2023 based on the mis-identification of the owner of the property. The Court's order of forfeiture was on a mis-dentification of the owner of the property, which resulted in a violation of Claimant's due process rights.

## II. FACTUAL BACKGROUD.

On July 13, 2023, the government filed a complaint for forfeiture of real property located at 23301 W. Pompano Street Malibu CA 90265. The complaint alleged that the property was subject to forfeiture becausei it was used to facilitate illegal activities. The government named other parties to show and claim interest in real property.

Modupe Trust owns and resides at the residential family real property of record, 23301 W. Pompano St. Malibu CA 90265. As the legal title holder, Modupe Trust, has never involved the real property in any criminal activity.

Claimant was not aware of the forfeiture proceedings until after the order of forfeiture was entered.

## III. ARGUMENT

The mis-identification of the owner of the property resulted in a violation of Claimant's due process rights **Amdt14.S1.5.4.3 Notice of Charge and Due Process**
. Claimant was not given notice of the forfeiture proceedings and was not afforded an opportunity to be heard. The mis-identification of the owner of the property was material and resulted in prejudice to Claimant.

## IV. CONCLUSION

For the foregoing reasons,Claimant respectfully requests that the Court vacate the order of forfeiture entered on July13, 2023 based on the misidentification of the owner of the property, Claimant further request that the Court order the return of the property to Claimant.

DATED: 8/28/2023
MODUPE TRUST
*morris, patricia jean TTEE*
morris, patricia jean TTEE
23301 W. Pompano Street
Malibu CA.90265

AFFIDAVIT OF TRUTH OF NO KNOWLEDGE OF CRIMINAL ACTIVITY REGARDING REAL PROPERTY IN LOS ANGELES COUNTY, MODUPE TRUST, hereby declared and affirm under penalty of perjury that:

1. I am the lawful owner of the real property located at 23301 W. Pompano Street Malibu CA.90265
2. To the best of my knowledge, Modupe Trust has no involvement in any criminal activity related to the aforemenioned property.
3. Modupe Trust has not authorized any person or entity to engage in any illegal activiity on the property nor has Modupe Trust received any proceeds from any criiminal activity related to the property.
4. Modupe Trust has not been notified by any law enforcement agency or any other authority of any criminal activity related to the property.
5. I swear that the above statements are true and correct to the best of my knowledge and belief.

Signed on this 24th August 2023

Modupe Trust

*morris, patricia jean TTEE*
morris, patricia jean TTEE
23301 W Pompano Street
Malibu, CA.90265

(see attached Jurat)

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Ventura_

Subscribed and sworn to (or affirmed) before me on this _24_ day of _August_, 20_23_ by _Patricia Jean Morris_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Matt James Nemeth_
Signature                                  (Seal)



MATTHEW JAMES NEMETHY
Notary Public - California
Ventura County
Commission # 2457599
My Comm. Expires Aug 5, 2027

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_Affidavit of Truth of no knowledge of criminal_
(Title or description of attached document)

_Activity regarding real property in Los Angeles_
(Title or description of attached document continued) _County_

Number of Pages _1_   Document Date _8/24/2023_

Additional information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- ☒ State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- ☒ Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- ☒ Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- ☒ Signature of the notary public must match the signature on file with the office of the county clerk.
- ☒ The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ☒ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ☒ Indicate title or type of attached document, number of pages and date.
- ☒ Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865



**LOS ANGELES COUNTY
REGISTRAR-RECORDER/COUNTY CLERK**

DEAN C. LOGAN
Registrar-Recorder/County Clerk

If this document contains any restriction based on a color, religion, sex, gender, gender identity, gender ex sexual orientation, familial status, marital status, c veteran or military status, genetic information, nation source of income as defined in subdivision (p) of Sectio or ancestry, that restriction violates state and fed housing laws and is void, and may be removed pur Section 12956.2 of the Government Code by subn "Restrictive Covenant Modification" form, together wit of the attached document with the unlawful provision to the county recorder's office. The "Restrictive ( Modification" form can be obtained from the county re office and may be available on its internet website. The f also be available from the party that provided you v document. Lawful restrictions under state and federal la age of occupants in senior housing or housing for older shall not be construed as restrictions based on familial s

RR18-1/22

12400 IMPERIAL HIGHWAY, NORWALK, CA 90650

**This page is part of your document - DO NOT DISCARD**

# 20200837706




Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**07/27/20 AT 08:04AM**

Pages: 0005

|  |  |
|---|---|
| FEES: | 31.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 31.00 |



**LEADSHEET**



**202007260160073**

**00018582305**



**010974740**

**SEQ:**
**01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**

E611099    444_5356473_

Recording Requested By:
Melvin Huges

When recorded mail document
and tax information to:
Melvin Huges
23301 W. Pompano
Malibu, CA  90256

APN: 4453-033-006

# GRANT DEED

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

[ ] Exempt from the fee per GC 27388.1 (a) (2); This document is subject to Documentary Transfer Tax.

[ ] Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of Documentary Transfer Tax (DTT).

[ ] Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

[X] Exempt from fee per GC27388.1; document transfers real property that is a residential dwelling to an owner-occupier, or,

[ ] Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

[ ] Exempt from fee per GC 27388.1 (a) (1); not related to real property

Mail Tax Statements as directed above

Recording Requested By:
Melvin Huges

When recorded mail document
and tax information to:
Melvin Huges
23301 W. Pompano
Malibu, CA 90256

APN: 4453-033-006

# GRANT DEED

The undersigned declares that the Documentary Transfer Tax is
County Tax $ 0       , and City Tax $ 0    and is
[ ] computed on the full value of the property conveyed; OR IS
[ ] computed on the full value less value of liens or encumbrances remaining at the time of sale.
[X] Unincorporated area   [ ] City of:

"This is a bonafide gift and the grantor received nothing in return, R & T 11911."

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Melvin Huges, Trustee of The Bandele Trust dated April 4, 2016
hereby GRANT(S) to:
Patricia Morris, Trustee of the Modupe Trust,
the following real property located in the unincorporated area of the County of Los Angeles, State of California, and more particularly described as follows:

LOT 58 (56 struck) OF TRACT NO. 30203, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 867 PAGES 80 THROUGH 86 OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM 1/8TH OF ALL OIL, PETROLEUM, GAS, COAL, ASPHALTUM AND OTHER HYDROCARBON SUBSTANCES AND OTHER MINERALS UNDER AND IN SAID LAND WITHOUT THE RIGHT TO GO UPON SAID LAND TO TAKE OR EXTRACT SAID SUBSTANCES, AS RESERVED BY EDMUND M, MC CRAY AND ELISABETH GORDON-MC CRAY, HUSBAND AND WIFE, IN DEED RECORDED MAY 26, 1965 AS INSTRUMENT NO. 1406, OFFICIAL RECORDS.

ALSO EXCEPT 1/8TH OF ALL OIL, PETROLEUM, GAS, COAL, ASPHALTUM AND OTHER HYDROCARBON SUBSTANCES AND OTHER MINERALS UNDER AND IN SAID LAND WITHOUT THE RIGHT TO GO UPON SAID LAND TO TAKE OR EXTRACT SAID SUBSTANCES, AS RESERVED BY PETER BALEY, IN DEED RECORDED MARCH 25, 1971 AS INSTRUMENT NO. 3441, OFFICIAL RECORDS.

ALSO EXCEPT 1/8TH OF ALL OIL, GAS, COAL, PETROLEUM, ASPHALTUM AND OTHER HYDROCARBON SUBSTANCES AND OTHER MINERALS UNDER AND IN SAID LAND WITHOUT THE RIGHT TO GO UPON SAID LAND TO TAKE OR EXTRACT SAID SUBSTANCES, AS RESERVED BY ARLENE LEMAY (THOMPSON), IN DEED RECORDED JULY 14, 1971 AS INSTRUMENT NO. 2324, OFFICIAL RECORDS.

Property commonly known as: 23301 W. Pompano, Malibu, CA 90256

Mail Tax Statements as directed above

Dated: June 17, 2020

The Bandele Trust dated April 4, 2016

_____ TTEE
Melvin Huges, Trustee

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF California )SS
COUNTY OF Los Angeles

On, 6·24·2020, before me, Melvin Huges Clara Peralta,
a Notary Public, personally appeared _____
                                          Melvin Huges

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

CLARA PERALTA
Notary Public - California
Los Angeles County
Commission # 2247503
My Comm. Expires Jun 23, 2022

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __Los Angeles__

On __6-24-2020__ before me, __Clara Peralta, ~~Public~~ Notary Public__  
      Date                                      Here Insert Name and Title of the Officer

personally appeared __Melvin Huges__  
                                          Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal: CLARA PERALTA, Notary Public - California, Los Angeles County, Commission # 2247503, My Comm. Expires Jun 23, 2022]

Signature _____  
                  Signature of Notary Public

Place Notary Seal Above

---
**OPTIONAL**

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: _____ Document Date: _____  
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Individual  ☐ Attorney in Fact | ☐ Individual  ☐ Attorney in Fact |
| ☐ Trustee  ☐ Guardian or Conservator | ☐ Trustee  ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5907