FILED
2023 SEP -1 PM 4:20

1  Name: huges, melvin Louis
2  Address: 1014 S Westlake Blvd
3  14-314 Westlake Village CA
4  91361
   Phone:
5  Fax:
6  In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

huges, melvin Louis

Plaintiff
v.

Internal Revenue Service
AFc Bryan Sterek

Defendant(s).

CASE NUMBER:
2:21-cv-04569-JAK-KSx

Request to Cease and desist of Assumed name Certificate legal Entity

(Enter document title in the space provided above)

Special Agen Bryan Sterek infringement use of my legal entity Assumed name certificate after receiving a cease and desist notice.

/

huges, melvin louis
11/1/2023

Page Number





**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| Submitter Information: | |
|---|---|
| Contact Name | |
| Organization Name | |
| Phone Number | |
| Email Address | |
| Address | None |

**Debtor Information:**

| Debtor Name | Mailing Address |
|---|---|
| MELVIN HUGHES | 1014 S WestLake Blvd.<br>#14-318<br>Westlake Village, CA 91361 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| huges, melvin huges . | 1014 S Westlake Blvd.<br>#14-318<br>Westlake Village, CA 91361 |

Indicate how documentation of Collateral is provided:
Attached in a File

Upload PDF as Collateral:
document (80).pdf

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Held in a Trust

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:
☐ Order a Search to Reflect

# The Weekly Valley Vantage and Calabasas Enterprise

22025 Ventura Blvd. #303
Woodland Hills CA 91364
(818) 313-9545 / Fax (818) 302-1417

## PROOF OF PUBLICATION
### (2015.5 C.C.P.)

**STATE OF CALIFORNIA,**
**County of Los Angeles,**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party of or interested in the above-entitled matter. I am the principal clerk of the printer of the Valley Vantage, a newspaper of general circulation, printed and published weekly in the City of Los Angeles, County of Los Angeles, and which newspaper has been adjudged a newspaper of general circulation by the Superior court of the County of Los Angeles, State of California, under the date of March 25, 1953, Case Number SFC-858; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

10/27 - 11-3, 10, 17 - 2022

I certify (or declare) under penalty of perjury that the foregoing is true and correct. Dated at Woodland Hills CA this November 18, 2022

_Kathleen Sterling_, Publisher

## CERTIFICATE OF EXISTENCE AND REGISTRATION

OFFICE OF THE MINNESOTA SECRETARY OF STATE
CERTIFICATE OF EXISTENCE AND REGISTRATION
I, Steve Simon, Secretary of State of Minnesota,
I, Steve Simon, Secretary of State of Minnesota, do certify that: The entity listed below as filed under the chapter of Minnesota Statutes listed below with the Office of the Secretary of State on the date listed below and that this entity or filing is registered at the time this certificate has been issued.
Name: MELVIN HUGHES
NAMEHOLDER: Huges, Melvin Louis
PRINCIPAL PLACE OF BUSINESS: 1014 S. Westlake Blvd., #14-318, Westlake Village CA 91361
Date Filed: 09/26/2022 File Number: 1338S1950002
Minnesota Statutes, Chapter: 333 Home Jurisdiction: Minnesota
This certificate has been issued on: 09/26/2022
Steve Simon Secretary of State State of Minnesota 10-27 11/3, 10, 17- 2022

 Gmail

Bandele EL <soyoungevity@gmail.com>

# IRS
1 message

**Bandele "Get Your Health On" EL** <soyoungevity@gmail.com>　　　　　　　　　　Fri, Sep 1, 2023 at 4:14 PM
To: soyoungevity@gmail.com

