FILED

Name: huges, melvin louis

Address: 1014 s westlake Blvd
14-318
Westlake Village CA 91361

Phone: 323 7873854

Fax: _____

In Pro Per

2023 SEP -7  AM 11: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United State of America

Plaintiff

v.

Real Property /acated in
malibu California

Defendant(s).

CASE NUMBER:

CV 21-4569-JAK (KS x)

Time: 830 AM

Date: 12-18-23

CRT: 10 B

Motion for summery Adjudication

(Enter document title in the space provided above)

1 of 26

Page Number

IN THE DISTRICT COURT OF THE STATE OF CALIFORNIA
COUNTY OF Los Angeles

huges, melvin louis
   vs
CASE NUMBER 2:21-cv-04569-JAK-KSx

# Subject: Motion for summary adjudication

## I. INTRODUCTION

Claimant huges, melvin louis  respectfully moves District  Court to vacate this case
2:21-cv-04569-JAK-KLS  entered on August 8, 2023 based on the fact that special agent
Bryan Starek and Kathleen Alexander falsely personated claimant and knowingly used  false
information in an official capacity Penal Code 528 & Penal Code 115.  (b)(3)/26 USC 6103

## II. FACTUAL BACKGROUD.

All supporting documents related this case.

**Exhibit A. Penal Code 528 & Penal Code 115**

-Document falsly used  in an official capacity (penal code 528)
-Documents proving that special agent  Bryan Starek and special agent Kathleen Alexander
Knowingly personated surname in full civil case. (Penal Code 115)
(b)(3)/26 USC 6103

**Exibit B**. Email request to be addressed in legal name

- Email request to Special Agent Kathleen Alexander to address claimant by my full legal
identity. (Penal Code 115)

**Exhibit C** Documents to confirm Legal Identity of claimant.

-Legal identification (birth certificate) Penal Code 115.
-Legal identification (pass port) Penal Code 115.

**Exhibit D** Information Referral

-Form 3949 Information Referral

**Exibit E**. Affidavit of Truth

-Affidavit of Truth

**Exhibit F**. Affidavit of Publication

- Affidavit of Publication of Certificate of Assumed Name

## III. ARGUMENT

Special agent Bryan Starek and Special Agent Kathleen Alexander knowingly personated my legal identity in an official capacity  (Penal Code 115) as well as used false information to file documents publicly in the state of Calfofrnia (Penal Code 528).  Special Bryan Starek and Special Agent Kathleen Alexander used false surname along with illegal address throughout this civil investigation while possessing claimant's legal passport and legal birth certificate since 2021.

Both agents Bryan Starek and Kathleen Alexander refused to use my legal identity in this case but insisted on using  false information with all correspondence to identify the claimant in on going civil case 2:21-cv-08339 and seizer. According to state code this is a crime. (b)(3)/26 USC 6103

Penal Code 115 makes it a felony to knowingly file, register, or record a false or forged instrument in any public office within the state.(b)(3)/26 USC 6103

Penal Code 528 makes it a felony to falsely peronate another person in either their private or official capacity.

 **Amendment 14.S1.5.4.3 Notice of Charge and Due Process**
 (b)(3)/26 USC 6103

## IV. CONCLUSION

For the foregoing reasons, Claimant respectfully requests that the Court vacate this case NUMBER 2:21-cv-04569-JAK-KLS based on Penal Code 528 & Penal Code 115,

Amendment 14.S.5.4.3 Notice of Charge and Due Process.
(b)(3)/26 USC 6103
Claimant further requests that the Court order the return of all seized property to Claimant.


DATED: 9/6/2023

huges, melvin louis

huges, melvin louis
1014 S. Westlake Blvd 14-318
Westlake Village, CA. 91361
Phn 323 787 3854

**Exhibit A.Violations  Penal Code 528 & Penal Code 115**



**Department of the Treasury**
**Internal Revenue Service**
**Criminal Investigation**
Los Angeles Field Office
501 W. Ocean Blvd., #6470
Long Beach, CA 90802

**Date:**
08/19/2022

**Person to contact:**
Kathleen Alexander
Kathleen.Alexander@ci.irs.gov
**Employee ID number:**
1000127707

Melvin Hughes
23301 W. Pompano St
Malibu, CA 90265

**Contact telephone number:**
(562) 951-6955

### Appointment Needed to Return an Envelope of Items

Dear Melvin Hughes:

The purpose of this letter is to attempt to return an envelope of items that was located at the Pompano residence. Returning these items will need to be done in person and requires an original signature.

Please call or email the above individual to arrange a time to pick up the envelope from the Long Beach Federal Building:

Glenn Anderson Federal Building
501 West Ocean Boulevard
Long Beach, CA 90802

**What you need to do:**
Please call or email the individual listed above to confirm the appointment.

Thank you for your cooperation.

Sincerely,

*K Alexander*

Kathleen Alexander
Special Agent

Letter 6014 (12-2017)
Catalog Number 70982X



Seizure Case Number:   1000303428

_____

## INTERNAL REVENUE SERVICE
## RELEASE OF CLAIM

This agreement is made between Melvin Hughes and the Internal Revenue Service of the United States Department of the Treasury.  This agreement is made in consideration of the return of:

Three 1-ounce gold bars valued at approximately $6,075.39

The above-referenced property is registered to or owned by Melvin Hughes, which was seized pursuant to Title 18 U.S.C. Section 981 or 982/Title 26 U.S.C. Section 7302 in the course of a criminal or civil investigation, and for other consideration, the receipt of which is hereby acknowledged.

The registrant/owner hereby agrees to unconditionally release and hold harmless the Internal Revenue Service, its officers, employees and agents, from any and all claims, demands, damages, causes of action or suits, whether in official or individual capacity, of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of, or growing out of, or affecting, directly or indirectly, the seizure, custody or return of the above-described property.

Executed this _____ day of _____ , 20 __21____ .


_____
Signature of Recipient


_____
Signature of Witness

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
Melvin L. Hughes

23301 W. Pompano Ave.,
Malibu, CA 90265

**Investigation Number:**
1000303428
**Starting Date and Time:**
08/25/2021 07:46 AM
**Ending Date and Time:**
08/25/2021 11:29 AM

**Report Date:**
Wednesday, August 25, 2021

| | | |
|---|---|---|
| **Control #:** | 1 | **Evidence Box:** |
| **Location:** | Downstairs Office | **Locator Code:** |
| **Found:** | Downstairs office | |
| **Description:** | Seized per Warrant   Letter to Attorney Ref: UCC Filing | |

8 of 26

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
Melvin L. Hughes

23301 W. Pompano Ave.,
Malibu, CA 90265

**Investigation Number:**
1000303428

**Starting Date and Time:**
08/25/2021 07:46 AM

**Ending Date and Time:**
08/25/2021 11:29 AM

**Report Date:**
Wednesday, August 25,
2021

---

| **Control #:** | 1 | | **Evidence Box:** | 5 |
| **Location:** | Bedroom 3 | | **Locator Code:** | |
| **Found:** | On top of cabinet | | | |
| **Description:** | Seized per Warrant | HP Laptop S/N: 5CD7451ZWF and 64GB SanDisk USB | | |

---

| **Control #:** | 2 | | **Evidence Box:** | 5 |
| **Location:** | Master Closet 1 | | **Locator Code:** | |
| **Found:** | Top Shelf | | | |
| **Description:** | Seized per Warrant | Nokia Cell Phone | | |

---

| **Control #:** | 3 | | **Evidence Box:** | 5 |
| **Location:** | Family Room | | **Locator Code:** | |
| **Found:** | Next to the TV | | | |
| **Description:** | Seized per Warrant | HP Laptop S/N: 5CG8426KR0, Sandisk USB Flash drive, Seagate External HD S/N: NABIS0EA | | |

---

| **Control #:** | 4 | | **Evidence Box:** | 5 |
| **Location:** | Master Bedroom | | **Locator Code:** | |
| **Found:** | On Melvin Hughes in Master Bedroom | | | |
| **Description:** | Seized per Warrant | iPhone | | |

---

| **Control #:** | 5 | | **Evidence Box:** | 5 |
| **Location:** | Master Bedroom | | **Locator Code:** | |
| **Found:** | On the couch | | | |
| **Description:** | Seized per Warrant | Lenovo IdeaPad 5 S/N: PF2BX7VS | | |

---

| **Control #:** | 6 | | **Evidence Box:** | 5 |
| **Location:** | Garage | | **Locator Code:** | |
| **Found:** | Garage | | | |
| **Description:** | Seized per Warrant | iPad S/N: DLXC91NUK7M9; Samsung Galaxy Note 5 IMEI: 352557071084563; White Color iPhone | | |

---

| **Control #:** | 7 | | **Evidence Box:** | 5 |
| **Location:** | Upstairs Hall Bath | | **Locator Code:** | |
| **Found:** | Center left top drawer | | | |
| **Description:** | Seized per Warrant | One Plus Cellphone EXTRACTION ONLY | | |

---

9 of 26

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
Melvin L. Hughes

23301 W. Pompano Ave.,
Malibu, CA 90265

**Investigation Number:**
1000303428

**Starting Date and Time:**
08/25/2021 07:46 AM

**Ending Date and Time:**
08/25/2021 11:29 AM

**Report Date:**
Wednesday, August 25,
2021

---

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 1 |
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | On Table and Drawer | | |
| **Description:** | Seized per Warrant    Property Tax, Bills in various names | | |

---

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | Cabinet Next to Living Room | | |
| **Description:** | Seized per Warrant    General Relief Doc - Wescom Benefit Statement - Brother to Brother Doc | | |

---

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 2 |
| **Location:** | Family Room | **Locator Code:** | |
| **Found:** | Desk towards fireplace, sofa, fireplace | | |
| **Description:** | Seized per Warrant    State documents Louisiana business filings; Minnesota, LA County Documents, IRS Documents, Trust | | |

---

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 1 |
| **Location:** | Family Room | **Locator Code:** | |
| **Found:** | Under Laptop | | |
| **Description:** | Seized per Warrant    Trust documents, locations, change of address forms for Trust | | |

---

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 1 |
| **Location:** | Tesla Model X | **Locator Code:** | |
| **Found:** | Under rear passenger seat | | |
| **Description:** | Seized per Warrant    Cut up debit card, 3 manilla envelopes of registered mail | | |

---

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 1 |
| **Location:** | Master Bedroom | **Locator Code:** | |
| **Found:** | side cabinet left side | | |
| **Description:** | Seized per Warrant    Westcom bank documents, wire transfers, client names | | |

---

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 1 |
| **Location:** | Downstairs Closet | **Locator Code:** | |
| **Found:** | Downstairs closet | | |
| **Description:** | Seized per Warrant    Tax documents, westcom (wescom) credit union docs | | |

---

10 of 26



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Criminal Investigation                                    August 8, 2023

Melvin Hughes
23301 W. Pompano Street
Malibu, CA  91710


In RE: Forfeited Property

Dear Mr Hughes

The property located at 23301 West Pompano Street in Malibu, California was forfeited to
the United States on **July 13, 2023 in case number 17-cv-04569, United States of
America v. Real Property Located in Malibu, California**, filed in the United States District
Court for the Central District of California.  A copy of the Default Judgment of Forfeiture is
attached for your reference.

Please call me at (657) 247-3388 so we can discuss a resolution to the disposition of this
property.

                                    Sincerely,

                                    Bryan Starek
                                    Special Agent - Asset Forfeiture Coordinator
                                    IRS - Criminal Investigation
                                    Los Angeles Field Office

Enclosure:  Default Judgement of Forfeiture, filed July 13, 2023

*11 of 26*



**Exibit B**. Email request to be addressed in legal name

8/23/23, 1:29 PM                                    Gmail - Appointment for this Friday 09/24/2021 10am.

Special Agent

IRS-Criminal Investigation

SE:CI:WA:LA:14

Long Beach POD

562-951-6955

562-951-6900 Fax

[Quoted text hidden]

---

**Alexander Kathleen L** <Kathleen.Alexander@ci.irs.gov>                    Fri, Sep 24, 2021 at 12:55 PM
To: "soyoungevity@gmail.com" <soyoungevity@gmail.com>
Cc: Nathaniel Kim <Kim.Nathaniel@ci.irs.gov>, Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>

K

Good morning Mr. Hughes,

As requested, here is the emails I sent you.

[Quoted text hidden]

Back in Sep 24th 2021 I pleaded with special agent Kathleen Alexander to address me in my
legal surname name huges,however she and Special agent Bryan Starek intentionlly used
simular surname HUGHES to address me in all letters and correspondence,while seizing all
assets case# 2:21-cv-04569-JAK-KLS Seizure Case Number: 100030342# including,family
member legally owned personal residence,trust automobils,trust bank accounts,business
bitcoin investment account,which non was involved in any criminal activity.

---

**Bandele EL** <soyoungevity@gmail.com>                    Fri, Sep 24, 2021 at 1:45 PM
To: Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>

Hi,Mrs. Katheen,
For any present or future correspondence  I kindly  ask that you please address me in my proper name:
melvin louis huges. social security no. 433 29 5877 ein.no.87-2423227
state and city I was born  shreveport, louisiana..

physical address:
melvin louis huges
c/o 1014 south westlake # 14-318
westlake vilage, CA 91361
Thanks in advance
[Quoted text hidden]

---

**Bandele EL** <soyoungevity@gmail.com>                    Wed, Aug 16, 2023 at 2:46 AM
To: Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>

MELVIN LOUIS HUGES 433 29 5877
1014 S WEST LAKE BLVD 14-318
Westlake Village, CA. 91361

8/16/2023 Internal Revenue Service

Long Beach POD
562-951-9655
562-951-6900 Fax

**Exhibit C** Documents to confirm Legal Identity of claimant.

# CERTIFICATION OF BIRTH

2240065

BIRTH NO: **119-1963-044-00555**

CHILD'S NAME (LAST, FIRST, SECOND)
**HUGES, MELVIN LOUIS**

| BIRTH DATE | TIME OF BIRTH | SEX | NUMBER BORN | BIRTH ORDER |
|---|---|---|---|---|
| **October 25, 1963** | **\*\*\*\*** | **M** | **1** | **1** |

PLACE OF BIRTH (CITY, TOWN, OR LOCATION)
**SHREVEPORT**

NAME OF HOSPITAL OR INSTITUTION
**\*CONFEDERATE MEMORIAL**

RESIDENCE OF MOTHER (CITY, TOWN, OR LOCATION)
**MC DADE**

| PARISH | STATE | ZIP CODE |
|---|---|---|
| **BOSSIER** | **LA** | **00000** |

STREET ADDRESS OF RESIDENCE
**3 MILES SOUTH**

FATHER'S NAME (LAST, FIRST, SECOND)
**\*\*\*\*\***

CITY AND STATE OF BIRTH (IF NOT U.S., NAME OF COUNTRY)
**\*\*\*\*\***

AGE AT THIS BIRTH
**\*\***

MOTHER'S MAIDEN NAME (LAST, FIRST, SECOND)
**HUGES, GEORGIA LEE**

CITY AND STATE OF BIRTH (IF NOT U.S., NAME OF COUNTRY)
**\*HREVEPORT, LOUISIANA**

AGE AT THIS BIRTH
**22**

| FILE DATE | DATE ISSUED |
|---|---|
| **November 4, 1963** | **April 25, 2011 4:52:41 PM** |

A REPRODUCTION OF THIS DOCUMENT IS
VOID AND INVALID. DO NOT ACCEPT

ISSUED BY: Thomas, Karen





*002240065*

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE
OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF
THE STATE OF LOUISIANA, PURSUANT TO LSA – R.S.40:32, ET SEQ.

16 of 26    Darlene W Smith

STATE REGISTRAR





**Exhibit D** Information Referral

| Form **3949-A** (October 2020) | Department of the Treasury - Internal Revenue Service<br>**Information Referral**<br>*(See instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)**

### Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual Bryan Starek | b. Social Security Number/TIN | c. Date of birth | |
|---|---|---|---|
| d. Street address | e. City | f. State | g. ZIP code |
| h. Occupation IRS (Internal Revenue Service) Special Agent | i. Email address | | |

j. Marital status *(check one, if known)*
☐ Married ☐ Single ☐ Head of Household ☐ Divorced ☐ Separated   | k. Name of spouse

| 2a. Name of business | b. Employer Tax ID number (EIN) | c. Telephone number 657.247.3388 | |
|---|---|---|---|
| d. Street address | e. City | f. State | g. ZIP code |
| h. Email address | i. Website | | |

### Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

| | | | |
|---|---|---|---|
| ☐ False Exemption | ☐ Unsubstantiated Income | ☐ Unreported Income | ☐ Failure to Withhold Tax |
| ☐ False Deductions | ☐ Earned Income Credit | ☐ Narcotics Income | ☐ Failure to File Return |
| ☐ Multiple Filings | ☐ Public/Political Corruption | ☐ Kickback | ☐ Failure to Pay Tax |
| ☐ Organized Crime | ☑ False/Altered Documents | ☐ Wagering/Gambling | ☐ Other *(describe in 5)* |

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*

TY ____ $ ____   TY ____ $ ____   TY ____ $ ____   TY ____ $ ____

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

Special Agent Bryan Starek has knowingly falsely personated claimant in official capacity as related to civil case number No. 2:21-CV-04569-JAK-KS based on Penal Code §528 and Penal Code §115.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
   a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)* ☐ Yes ☐ No
   b. Do you consider the taxpayer dangerous ☐ Yes ☐ No
   c. Banks, Financial Institutions used by the taxpayer

| Name | | | Name | | |
|---|---|---|---|---|---|
| Street address | | | Street address | | |
| City | State | ZIP code | City | State | ZIP code |

### Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name huges, melvin louis | b. Telephone number 323.787.3854 | c. Best time to call | |
|---|---|---|---|
| d. Street address 1014 S. Westlake Blvd. 14-318 | e. City Westlake Village | f. State CA | g. ZIP code 91361 |

Print and send your completed form to: Internal Revenue Service
PO Box 3801
Ogden, UT 84409

Catalog Number 47872E                                    Form **3949-A** (Rev. 10-2020)

20 of 26

**Exhibit E**. Affidavit of Fact

**AFFIDAVIT OF FACT, I hereby declared and affirm under penalty of perjury that:**(b)(3)/26 USC 6103 Calffornia  Penal Code 528 & Calfforna Penal Code 115

1. My legal identity is huges,melvin louis legal address is 1014 S Westlake Blvd 14-318 Westlake Village CA. 91361
2. Special Agent Bryan Starek employee of the internal revenue service refused to accept my legal  identification in civil case  2:21-cv-08339
3. Special Agent Kathleen Alexander refused to accept my legal identification in civil case 2:21-cv-08339
4. Special Agent
5. I swear under penalty of perjury  that I have no legal interest at real property 23301 W. Pompano Malibu CA. 91710
6. Special Agent Bryan Starek has used false information personated my legal surname while using a similar sounding to name to intimidate me in this ongoing civil case.2:21-cv-08339
7. I sware under penalty of perjury that special Kathleen Alexander has  falsely used misleading information in the case 2:21-cv-08339  by  using similar sounding surname to intimidate me in an ongoing civil investigation. Calfofrnia (Penal Code 528).
8. I sware under penalty of perjury that special agent Bryan Starek and Special Agent Kathleen Alexander are committing identity theft against my legal surname in civil case 2:21-cv-08339 and are continuing to commit crimial activity against the  huges,melvin louis estate.

Signed on this 9/6/2023

huges,melvin louis

*huges,melvin louis*
1014 S.Westlake Blvd. 14-318
Westlake Village, CA. 91361

22 of 26

( see attached) Jurat Noratization)

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Ventura_

Subscribed and sworn to (or affirmed) before me on this _6_ day of _September_,

20_23_ by _Melvin Louis Huges_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**MATTHEW JAMES NEMETHY**
Notary Public - California
Ventura County
Commission # 2457599
My Comm. Expires Aug 5, 2027

_Matth James Nemeth_
Signature                                      (Seal)

## OPTIONAL INFORMATION

### INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

DESCRIPTION OF THE ATTACHED DOCUMENT

_Affidavit of Fact_
(Title or description of attached document)

(Title or description of attached document continued)

Number of Pages _1_ Document Date _9/6/2023_

Additional information

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

**Exhibit F**. Affidavit of Publication

# The Weekly Valley Vantage
# and Calabasas Enterprise
22025 Ventura Blvd. #303
Woodland Hills CA 91364
(818) 313-9545 / Fax (818) 302-1417

### PROOF OF PUBLICATION
### (2015.5 C.C.P.)

STATE OF CALIFORNIA,
County of Los Angeles,

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party of or interested in the above-entitled matter. I am the principal clerk of the printer of the Valley Vantage, a newspaper of general circulation, printed and published weekly in the City of Los Angeles, County of Los Angeles, and which newspaper has been adjudged a newspaper of general circulation by the Superior court of the County of Los Angeles, State of California, under the date of March 25, 1953, Case Number SFC-858; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

10/27 - 11-3, 10, 17 - 2022

I certify (or declare) under penalty of perjury that the foregoing is true and correct. Dated at Woodland Hills CA this November 18, 2022

Kathleen Sterling, Publisher

### CERTIFICATE OF EXISTENCE
### AND REGISTRATION

OFFICE OF THE MINNESOTA SECRETARY OF STATE
CERTIFICATE OF EXISTENCE AND REGISTRATION
I, Steve Simon, Secretary of State of Minnesota,
I, Steve Simon, Secretary of State of Minnesota, do certify that: The entity listed below as filed under the chapter of Minnesota Statutes listed below with the Office of the Secretary of State on the date listed below and that this entity or filing is registered at the time this certificate has been issued.
Name: MELVIN HUGHES
NAMEHOLDER: Huges, Melvin Louis
PRINCIPAL PLACE OF BUSINESS: 1014 S. Westlake Blvd., F14-318, Westlake Village CA 91361
Date Filed: 09/26/2022 File Number: 133831950002
Minnesota Statutes, Chapter: 333 Home Jurisdiction: Minnesota
This certificate has been issued on: 09/26/2022
Steve Simon Secretary of State State of Minnesota  10-27 11/3, 10, 17- 2022