MORRPRES TRUST
5760 Lindero Canyon Rd., 1035
Westlake Village, CA 91362
Subject: Notice to Cease and Desist of Unauthorized Use of Assumed Name Certificate
Case#: 2:21-cv-04569-JAK-(KSx)

Internal Revenue Service
8/28/2023 attn:AFC Bryan Starek
801 Civic Center Drive, Suite 218
Santa Ana, CA 92701



FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

I am writing to you regarding your unauthorized use of my assumed name certificate, PATRICIA JEAN MORRIS LEI #549300WA0D0BV4AFDP63, 5760 Lindero Canyon Rd., 1035 Westlake Village, CA 91362, in Los Angeles County. It has come to my attention that you are conducting business under the same or similar name, which is causing confusion among consumers and infringing upon my rights.

I hold a valid assumed name certificate file# 1290216600023 proof of publication (2015.5 C.C.P.) February 17, 2022 in Los Angeles County, which establishes my exclusive right to use the name PATRICIA JEAN MORRIS. This name is an integral part of my business identity and represents the goodwill and reputation I have built in the marketplace. Your use of the name PATRICIA JEAN MORRIS is likely to cause confusion among consumers, leading them to believe that your business is affiliated with or endorsed by my company. This unauthorized use is in violation of my rights and is causing harm to my business. I demand that you immediately cease and desist from any use of the name PATRICIA JEAN MORRIS. You must remove all references to this name from your business operations, including but not limited to your website, signage, advertising materials, mail correspondence and any other platforms where it is being used. Failure to comply with this demand will leave me with no choice but to pursue legal action to protect my rights. This may include seeking injunctive relief, damages, and any other remedies available under the law.

I expect to receive a written response from you within 3 business days confirming that you have ceased all use of the name PATRICIA JEAN MORRIS. Please be aware that any further delay or non-compliance will be viewed as a willful infringement and I will take appropriate legal action without further notice.

This letter is not intended to be a complete statement of the facts or laws related to this matter and nothing contained herein should be construed as an admission of liability or waiver of any rights or remedies.

Thank you for your immediate attention to this matter.
Sincerely,
MORRPRES TRUST  (Name Holder)
5760 Lindero Canyon Rd., 1035
Westlake Village, CA. 91362

## SOUTHWEST WAVE

3731 WILSHIRE BLVD STE 840, LOS ANGELES, CA 90010
Telephone (323) 556-5720 / Fax (213) 835-0584

This space for filing stamp only

PATRICIA JEAN MORRIS
5760 LINDERO CANYON RD #1035
WESTLAKE VILLAGE, CA - 91362

WWA#: 3550131

Office of the Minnesota Secretary of State
Certificate of Assumed Name
Minnesota Statutes, Chapter 333
The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.
ASSUMED NAME: PATRICIA JEAN MORRIS
PRINICPAL PLACE OF BUSINES 5760 Lindero Canyon Rd.#1035 Westlake Village, CA 91362 USA
NAMEHOLDER(S)
Name: MORRPRES TRUST
Address: 5760 Lindero Canyon Rd #1035 Westlake Village CA 91362 USA
If you submit an attachment it will be incorporated into this document. If the attachment conflilcts with the information specificallhy set forth in this document, this document supersedes the date reference in the attachment.
By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is requried, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further cerfitify that I have completed all requried fields, adn that the information in this document is ture and correct and in compliance with the appliable chapter if Minnesota Statutes. I understand that dby signing this document I am subject to the penalties of perjury as set forth in Section 609/48 as if I had signed this document under oath.
SIGNED BY: morris, patricia jean
MAILING ADDRESS: None Provided
EMAIL FOR OFFICIAL NOTICES None Provided
1/27, 2/3, 2/10, 2/17/22
WWA-3550131#
SOUTHWEST WAVE

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California     )
County of LOS ANGELES   ) ss

Notice Type: LEGAL4 - LEGAL NOTICE-4

Ad Description:
PATRICIA JEAN MORRIS

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SOUTHWEST WAVE, a newspaper published in the English language in the city of LOS ANGELES, county of LOS ANGELES, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of LOS ANGELES, State of California, under date 06/25/1934, Case No. C302067. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

01/27/2022, 02/03/2022, 02/10/2022, 02/17/2022

Executed on: 02/17/2022
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

*Signature*

*A0000059458 55*

Email

# Business Record Details »

Minnesota Business Name
**PATRICIA JEAN MORRIS**

**Business Type**
Assumed Name

**MN Statute**
333

**File Number**
1290216600023

**Home Jurisdiction**
Minnesota

**Filing Date**
1/18/2022

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2023

**Principal Place of Business Address**
5760 Lindero Canyon Rd.#1035
Westlake Village, CA 91362
USA

| Nameholder | Nameholder Address |
|---|---|
| MORRPRES TRUST | 5760 Lindero Canyon Rd. #1035, Westlake Village, CA 91362 |

## Filing History

### Filing History

Select the item(s) you would like to order: Order Selected Copies

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 1/18/2022 | Original Filing - Assumed Name (Business Name: PATRICIA JEAN MORRIS) | |

© 2023 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

✉ Subscribe for email updates!
Vulnerability Disclosure

https://mblsportal.sos.state.mn.us/Business/SearchDetails?filingGuid=cbe91342-b478-ec11-91b7-00155d32b93a

1/1

5760 Lindero Canyon Rd., 1035
Westlake Village, CA 91362

United States District Court
Office of the Clerk
255 East Temple Street, Room 180
Los Angeles, CA 90012

Records

RETURN RECEIPT REQUESTED

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY




9589 0710 5270 1051 6887 87

CERTIFIED MAIL®

Retail
US POSTAGE
FCM LG ENV
MALIBU, CA 902
SEP 14, 2023
$9.49
R2305K132845
90012
RDC 99

