FILED
2023 SEP 15 PH 2:38
BY

MORRPRES TRUST
5760 Lindero Canyon Rd., 1035
Westlake Village, CA 9 1362
Subject: Notice to Cease and Desist of Unauthorized Use of Assumed Name Certificate
Case#: 2:21-cv-04569-JAK-(KSx)

United States District Court
Office of The Clerk
255 East Temple Sreet, Room 180
Los Angeles, CA 90012

I am writing to you regarding your unauthorized use of my assumed name certificate, PATRICIA JEAN MORRIS LEI #549300WA0D0BV4AFDP63, 5760 Lindero Canyon Rd., 1035 Westlake Village, CA 91362, in Los Angeles County. It has come to my attention that you are conducting business under the same or similar name, which is causing confusion among consumers and infringing upon my rights.

I hold a valid assumed name certificate file# 1290216600023 proof of publication (2015.5 C.C.P.) February 17, 2022 in Los Angeles County, which establishes my exclusive right to use the name PATRICIA JEAN MORRIS. This name is an integral part of my business identity and represents the goodwill and reputation I have built in the marketplace. Your use of the name PATRICIA JEAN MORRIS is likely to cause confusion among consumers, leading them to believe that your business is affiliated with or endorsed by my company. This unauthorized use is in violation of my rights and is causing harm to my business. I demand that you immediately cease and desist from any use of the name PATRICIA JEAN MORRIS. You must remove all references to this name from your business operations, including but not limited to your website, signage, advertising materials, mail correspondence and any other platforms where it is being used. Failure to comply with this demand will leave me with no choice but to pursue legal action to protect my rights. This may include seeking injunctive relief, damages, and any other remedies available under the law.

I expect to receive a written response from you within 3 business days confirming that you have ceased all use of the name PATRICIA JEAN MORRIS. Please be aware that any further delay or non-compliance will be viewed as a willful infringement and I will take appropriate legal action without further notice.

This letter is not intended to be a complete statement of the facts or laws related to this matter and nothing contained herein should be construed as an admission of liability or waiver of any rights or remedies.

Thank you for your immediate attention to this matter.
Sincerely,
MORRPRES TRUST (Name Holder)
5760 Lindero Canyon Rd., 1035
Westlake Village, CA. 91362