FILED

Name: huges, melvin louis
Address: 1014 S. Westlake Blvd, 14-318
Westlake Village, CA 91361
Phone: 323 7973854
Fax: _____

In Pro Per

2023 OCT -3 PM 5:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States

Plaintiff

v.

MELVIN HUGHES

Defendant(s).

CASE NUMBER:
17-CV-04569-JAK(KSx)
✓ 21-CV-04569-JAK(KSx)

CERTIFICATE OF IDENTITY THEFT JUDICIAL FINDING OF FACTUAL INNOCENCE
(Enter document title in the space provided above)

Please reference the following exhibits A, B, C regarding Certificate of Identity THEFT: Judicial Finding of FACTUAL INNOCENCE (Penal Code § 530.6)

Page Number   huges, melvin louis  10/3/2023

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

**CONFIDENTIAL (SEE RULE 4.601)**                                CR-150

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
huges, melvin louis
1014 S Westlake Blvd 14-318
Westlake Village CA 91361

TELEPHONE NO. (Optional): 323 787 3854   FAX NO. (Optional):
E-MAIL ADDRESS (Optional): remedyacademy@protonmail.com
ATTORNEY FOR (Name): James V. Kosnett

FOR COURT USE ONLY

PEOPLE OF THE STATE OF CALIFORNIA
vs.
DEFENDANT: MELVIN HUGHES

**CERTIFICATE OF IDENTITY THEFT: JUDICIAL FINDING OF FACTUAL INNOCENCE**
(Penal Code § 530.6)

CASE NUMBERS:
17-cv-04569- JAK (KSx)
21-cv-04569-JAK(KSx)

Warrant No. (if any): _____   Violation Date: 07/30/2021

1. Petitioner Information:
   Name: huges, melvin louis          Date of Birth: 10/25/1963
   Sex: ☒ M  ☐ F  Ht.: 5'9  Wt.: 199  Hair Color: black  Eye Color: brown  Race: americ indian  Age: 59
   Booking No.: _____  Driver's License or Identification No.: _____
   Other Identifying Information: passport # 670178417

2. The court finds that:
   ☐ Another person was arrested for or convicted of a crime under the identity of the petitioner in this case.
   ☐ The petitioner's identity has been mistakenly associated with a record of the criminal conviction in this case.
   ☐ The petitioner is not the person for whom the warrant in this case was issued.
   Accordingly, the court finds that the petition is meritorious and that there is no reasonable cause to believe that the petitioner committed the offense in this case, and that the petitioner is factually innocent of that offense.

Date: _____                                          _____
                                                         JUDICIAL OFFICER

**CERTIFICATION**
I certify that this document is a correct copy of the original on file in my office.
Date:
Clerk, by _____ (DEPUTY)
(SEAL)

1. The box to the right contains the petitioner's
   ☐ right thumbprint
   ☐ other print (specify):
2. The print was taken on (date):
3. The print was taken by
   a. Name:
   b. Position:
   c. Badge or serial No.:

**ANY ALTERATION RENDERS THIS FORM VOID.**

**CONFIDENTIAL (SEE RULE 4.601)**                          Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CR-150 [New January 1, 2002]

CERTIFICATE OF IDENTITY THEFT: JUDICIAL FINDING OF FACTUAL INNOCENCE

Penal Code, § 530.6

Exhibit B



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Criminal Investigation

August 8, 2023

Melvin Hughes
23301 W. Pompano Street
Malibu, CA 91710

In RE: Forfeited Property

Dear Mr Hughes

The property located at 23301 West Pompano Street in Malibu, California was forfeited to the United States on **July 13, 2023 in case number 17-cv-04569, United States of America v. Real Property Located in Malibu, California**, filed in the United States District Court for the Central District of California. A copy of the Default Judgment of Forfeiture is attached for your reference.

Please call me at (657) 247-3388 so we can discuss a resolution to the disposition of this property.

Sincerely,

Bryan Starek
Special Agent - Asset Forfeiture Coordinator
IRS - Criminal Investigation
Los Angeles Field Office

Enclosure: Default Judgement of Forfeiture, filed July 13, 2023

Exhibit C

# CERTIFICATION OF BENEFICIAL OWNER(S)

*The information contained in this Certification is sought pursuant to Section 1020.230 of Title 31 of the United States Code of Federal Regulations (31 CFR 1020.230).*

All persons opening an account on behalf of a legal entity must provide the following information:

| 1. Last Name and title of Natural Person Opening Account | 2. First Name | 3. Middle Initial |
|---|---|---|
| huges | melvin | l |

4. Name and type of Legal Entity for Which the Account is Being Opened
MELVIN LOUIS HUGES

| 4a. Legal Entity Address | 4b. City | 4c. State | 4d. ZIP/Postal Code |
|---|---|---|---|
| 1014 S Westlake Blvd | Westlake Village | CA | 91361 |

## SECTION I
(To add additional individuals, see page 3)

Please provide the following information for an individual(s), if any, who, directly or indirectly, through any contract arrangement, understanding, relationship, or otherwise owns 25% or more of the equity interests of the legal entity listed above. Check here ☐ if no individual meets this definition and complete Section II.

| 5. Last Name | 6. First Name | 7. M.I. | 8. Date of birth |
|---|---|---|---|
| huges | melvin | l | 10/25/1963 (MM/DD/YYYY) |

| 9. Address | 10. City | 11. State | 12. ZIP/Postal Code |
|---|---|---|---|
| 1014 S Westlake Blvd 14-318 | Westlake Village | CA | 91361 |

| 13. Country | 14. SSN (U.S. Persons) | 15. For Non-U.S. persons (SSN, Passport Number or other similar identification number) |
|---|---|---|
| | | 670178417 pp# |
| | | 15a. Country of issuance: united states of America |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

## SECTION II

Please provide the following information for an individual with significant responsibility for managing or directing the entity, including, an executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or Any other individual who regularly performs similar functions.

| 16. Last Name | 17. First Name | 18. M.I. | 19. Date of birth |
|---|---|---|---|
| huges | melvin | l | 10/11/1963 (MM/DD/YYYY) |

| 20. Address | 21. City | 22. State | 23. ZIP/Postal Code |
|---|---|---|---|
| 1014 S Westlake Blvd 14-318 | Westlake Village | CA | 91361 |

| 24. Country | 25. SSN (U.S. Persons) | 26. For Non-U.S. persons (SSN, Passport Number or other similar identification number) |
|---|---|---|
| | | 670178417 pp# |
| | | 26a. Country of issuance: united states of America |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

I, huges,melvin louis _____ *(name of person opening account)*, hereby certify, to the best of my knowledge, that the information provided above is complete and correct.

Signature: *huges,melvin l BENEFICIARY*   Date: 07/05/2023 (MM/DD/YYYY)

Legal Entity Identifier (Optional) 549300G290DXIGXSD453

Rev. 6.7 Sept., 2017