# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>REAL PROPERTY LOCATED IN MALIBU, CALIFORNIA<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–04569–JAK–KS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: __10/3/2023__

Document No.: __42__

Title of Document: __Certificate of identity theft judicial finding of factual innocence filed by claimant Melvin Huges Louis__

**ERROR(S) WITH DOCUMENT:**

This case is closed.

Other:

Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _October 11, 2023_        By: _/s/ Yvette Louis  yvette_louis@cacd.uscourts.gov_
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS