FILED

Name: Bandele Trust dated 4/14/2016
Address: 1014 S. Westlake Blvd, 14-318
Phone: 323-787-3854
Fax:

In Pro Per

2023 OCT 12 PM 4:16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

Plaintiff

v.

Real Property located in Malibu, California, et al

Defendant(s).

CASE NUMBER:

21-cv-04569 JAK-KS
17-cv-04569

MOTION for Stay

(Enter document title in the space provided above)

This is a support document to show cause for a motion to stay due to more time needed for Judge to view more evidence + due to the complexity in this case.

Power of Attorney memorandum attached with

signed: huges, melvin louis   the Attorney in fact
date: 10/12/23  3

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

| Form **2848** (Rev. January 2021) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** 4 ▶ Go to *www.irs.gov/Form2848* for instructions and the latest information. | OMB No. 1545-0150 **For IRS Use Only** Received by: Name _____ Telephone _____ Function _____ Date __/__/__ |
|---|---|---|

## Part I  Power of Attorney

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1  Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address<br>BANDELE TRUST dated April 4,2016<br><br>1014 S Westlake Blvd 14-318<br>Westlake Village CA.91361 | Taxpayer identification number(s)<br>98-1360754 | |
|---|---|---|
| | Daytime telephone number | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2  Representative(s)** must sign and date this form on page 2, Part II.

| Name and address<br>huges,melvin louis<br><br>1014 S Westlake Blvd. 14-318<br>Westlake Village CA 91362<br>Check if to be sent copies of notices and communications ☐ | CAF No. _____<br>PTIN _____<br>Telephone No. 323 787 3854<br>Fax No. _____<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
|---|---|
| Name and address<br><br><br><br>Check if to be sent copies of notices and communications ☐ | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address<br><br><br><br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address<br><br><br><br>(Note: IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3  Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Estate | | |
| | | |
| | | |

**4  Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . ▶ ☐

**5a  Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☑ Access my IRS records via an Intermediate Service Provider;
☑ Authorize disclosure to third parties;  ☑ Substitute or add representative(s);  ☑ Sign a return; _____

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Cat. No. 11980J    Form **2848** (Rev. 1-2021)

Form 2848 (Rev. 1-2021) Page **2**

**b Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____

**6 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7 Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| *huges, melvin louis* | 10/11/2023 | Trustee |
|---|---|---|
| Signature | Date | Title (if applicable) |
| huges, melvin louis | 10/11/2023 | |
| Print name | Print name of taxpayer from line 1 if other than individual | |

### Part II   Declaration of Representative

Under penalties of perjury, by my signature below I declare that:

- I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
- I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

  **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  **b** Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
  **c** Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.
  **d** Officer—a bona fide officer of the taxpayer organization.
  **e** Full-Time Employee—a full-time employee of the taxpayer.
  **f** Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
  **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).
  **h** Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers** *in the instructions for additional information.*
  **k** Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.
  **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter **(a–r)**. | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| d | california | Attorney In Fact | *huges, melvin louis* | 10/11/2023 |
| | | | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 1-2021)

MEMORANDUM

To: Hon. Patricia Guerrero

From: huges,melvin louis Attorney in Fact of

Bandele Trust dated: April 4, 2016

Subject: Motion for a Stay Order

I am writing to request a stay order under Code of Civil Procedure section 404.5, which is necessary and appropriate to effectuate the purposes of coordination in the state of California. The attachment to this motion are the facts relied on to support this motion:

1. There are known pending related cases that need to be coordinated.
2. Case number 17-cv-04569 case number 21-cv-04569
3. The coordination of these cases is complex and involves common questions of fact of law.

Based on the above facts, I respectfully request that a stay order be issued to suspend all proceedings in the action to which it applies. Thank you for your attention to this matter.

Sincerely,

*huges,melvin louis Attorey in fact 10/12/2023*

huges,melvin louis Attoney In Fact

The address to the Chair of the Judicial Council in the state of California is as follows:

Judicial Council of California

455 Golden Gate Avenue

San Francisco, CA 94102-3688



CARRIE T. FELICITAS
COMM. #2410714
Notary Public - California
Los Angeles County
My Comm. Expires Aug. 9, 2026

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of __LOS ANGELES__
Subscribed and sworn to (or affirmed) before me on this __12__ day of __OCTOBER__, 2023 by __Melvin Louis Huges__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)

EXHIBIT A

 Gmail

Bandele EL <soyoungevity@gmail.com>

# Appointment for this Friday 09/24/2021 10am.

**Bandele EL** <soyoungevity@gmail.com>                                    Fri, Sep 24, 2021 at 1:45 PM
To: Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>

*First Notice after becoming aware*

Hi, Mrs. Katheen,
For any present or future correspondence I kindly ask that you please address me in my proper name:
melvin louis huges. social security no. 433 29 5877    ein.no.87-2423227
state and city I was born   shreveport, louisiana..

physical address:
melvin louis huges
c/o 1014 south westlake # 14-318
westlake vllage, CA 91361
Thanks in advance

[Quoted text hidden]



# Gmail

Bandele EL <soyoungevity@gmail.com>

## RE: [EXT]Re: [EXT]pick up private property-an envelope
2 messages

**Alexander Kathleen L** <Kathleen.Alexander@ci.irs.gov>  Mon, Nov 21, 2022 at 4:07 PM
To: "soyoungevity@gmail.com" <soyoungevity@gmail.com>
Cc: Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>, Nathaniel Kim <Kim.Nathaniel@ci.irs.gov>

*[handwritten: after notice]*

Hi Mr. Hughes,

Just to clarify, you are confirming for tomorrow, November 22, 2022 at 10am. Is that correct?

The office address is:

501 W. Ocean Blvd, #6470

Long Beach, CA 90802

*[handwritten: Intentional misrepresentation of Information]*

Thank you,

Kathy Alexander

Special Agent

IRS-Criminal Investigation

SE:CI:WA:LA:14

Long Beach POD

562-951-6955

562-951-6900 Fax

> **From:** Bandele EL <soyoungevity@gmail.com>
> **Sent:** Monday, November 21, 2022 1:52 PM
> **To:** Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>
> **Subject:** [EXT]Re: [EXT]pick up private property
>
> Hi, Ms. Kathleen,
>
> We're confirmed for 10 am 11/21/2022
>
> Thank you.
>
> On Mon, Nov 21, 2022 at 3:18 PM Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov> wrote:
>
>> Good afternoon Mr. Hughes,

Thank you for your email. If you are referring to the envelope that I have been attempting to return to you, we can arrange a day and time. As mentioned, I will need your original signature.

For this week, tomorrow (November 22, 2022) at 10am will work. If you are not able to come tomorrow, next week, Monday, November 28, 2022 at 10am works.

Please let me know.

Thank you,

Kathy Alexander

Special Agent

IRS-Criminal Investigation

SE:CI:WA:LA:14

Long Beach POD

562-951-6955

562-951-6900 Fax

**From:** Bandele EL <soyoungevity@gmail.com>
**Sent:** Sunday, November 20, 2022 12:26 PM
**To:** Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>
**Subject:** [EXT]pick up private property

Hi Ms. Kathy,

I'm writing to schedule the pick up of private property at your earliest convenience.

thanks in advance

---

**Alexander Kathleen L** <Kathleen.Alexander@ci.irs.gov>    *after notice* Mon, Nov 28, 2022 at 3:26 PM
To: "soyoungevity@gmail.com" <soyoungevity@gmail.com>
Cc: Nathaniel Kim <Kim.Nathaniel@ci.irs.gov>, Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>

Good afternoon Mr. Hughes,    *Intentional misrepresentation of information*

Thank you for coming to retrieve the envelope last Tuesday, November 22, 2022. There is one more form for signature. Would you please sign it and send it back to me?

[Quoted text hidden]


**95210038-01-ReleaseofClaim.doc**
43K

**Department of the Treasury**
**Internal Revenue Service**
**Criminal Investigation**
Los Angeles Field Office
501 W. Ocean Blvd., #6470
Long Beach, CA 90802

**Date:**
08/19/2022

Melvin Hughes
23301 W. Pompano St
Malibu, CA 90265

**Person to contact:**
Kathleen Alexander
Kathleen.Alexander@ci.irs.gov

**Employee ID number:**
1000127707

**Contact telephone number:**
(562) 951-6955

## Appointment Needed to Return an Envelope of Items

Dear Melvin Hughes:

The purpose of this letter is to attempt to return an envelope of items that was located at the Pompano residence. Returning these items will need to be done in person and requires an original signature.

Please call or email the above individual to arrange a time to pick up the envelope from the Long Beach Federal Building:

Glenn Anderson Federal Building
501 West Ocean Boulevard
Long Beach, CA 90802

**What you need to do:**
Please call or email the individual listed above to confirm the appointment.

Thank you for your cooperation.

Sincerely,

*K Alexander*

Kathleen Alexander
Special Agent

Letter 6014 (12-2017)
Catalog Number 70982X

EXHIBIT D-4

*material false statement*



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Criminal Investigation

August 8, 2023

*Intentiona misrepresentation of information after notice*

Melvin Hughes
23301 W. Pompano Street
Malibu, CA 91710

In RE: Forfeited Property

Dear Mr Hughes

The property located at 23301 West Pompano Street in Malibu, California was forfeited to the United States on **July 13, 2023 in case number 17-cv-04569, United States of America v. Real Property Located in Malibu, California**, filed in the United States District Court for the Central District of California. A copy of the Default Judgment of Forfeiture is attached for your reference.

Please call me at (657) 247-3388 so we can discuss a resolution to the disposition of this property.

Sincerely,

Bryan Starek
Special Agent - Asset Forfeiture Coordinator
IRS - Criminal Investigation
Los Angeles Field Office

Enclosure: Default Judgement of Forfeiture, filed July 13, 2023


Gmail

Bandele EL <soyoungevity@gmail.com>

## Appointment for this Friday 09/24/2021 10am.

**Bandele EL** <soyoungevity@gmail.com>　　　　　　　　　　Fri, Sep 24, 2021 at 1:45 PM
To: Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>

*[handwritten: First Notice after becoming aware]*

Hi, Mrs. Katheen,
For any present or future correspondence I kindly ask that you please address me in my proper name:
melvin louis huges. social security no. 433 29 5877   ein.no.87-2423227
state and city I was born   shreveport, louisiana..

physical address:
melvin louis huges
c/o 1014 south westlake # 14-318
westlake village, CA 91361
Thanks in advance

[Quoted text hidden]

Case 2:21-cv-04569-JAK-KS    Document 48    Filed 10/12/23    Page 11 of 14   Page ID #:365

10/10/23, 2:12 PM                                    Gmail - RE: [EXT]Re: [EXT]pick up private property-an envelope

*[Handwritten at top: EXHIBIT 13-7 courthouse statements]*



Bandele EL <soyoungevity@gmail.com>

## RE: [EXT]Re: [EXT]pick up private property-an envelope
2 messages

**Alexander Kathleen L** <Kathleen.Alexander@ci.irs.gov>                    *after notice* Mon, Nov 21, 2022 at 4:07 PM ✲
To: "soyoungevity@gmail.com" <soyoungevity@gmail.com>
Cc: Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>, Nathaniel Kim <Kim.Nathaniel@ci.irs.gov>

Hi Mr. Hughes,

Just to clarify, you are confirming for tomorrow, November 22, 2022 at 10am. Is that correct?

The office address is:

501 W. Ocean Blvd, #6470

Long Beach, CA 90802

*[Handwritten: Intentional misrepresentation of Information]*

Thank you,

Kathy Alexander

Special Agent

IRS-Criminal Investigation

SE:CI:WA:LA:14

Long Beach POD

562-951-6955

562-951-6900 Fax

> **From:** Bandele EL <soyoungevity@gmail.com>
> **Sent:** Monday, November 21, 2022 1:52 PM
> **To:** Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>
> **Subject:** [EXT]Re: [EXT]pick up private property
>
> Hi, Ms. Kathleen,
>
> We're confirmed for 10 am 11/21/2022
>
> Thank you.
>
>> On Mon, Nov 21, 2022 at 3:18 PM Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov> wrote:
>>
>> Good afternoon Mr. Hughes,

https://mail.google.com/mail/u/0/?ik=2501431ca1&view=pt&search=all&permthid=thread-f:1750145099427919186&simpl=msg-f:1750145099427919191...    1/2

*EXHIBIT BH — writter/verbal house statement* (handwritten)

Thank you for your email. If you are referring to the envelope that I have been attempting to return to you, we can arrange a day and time. As mentioned, I will need your original signature.

For this week, tomorrow (November 22, 2022) at 10am will work. If you are not able to come tomorrow, next week, Monday, November 28, 2022 at 10am works.

Please let me know.

Thank you,

Kathy Alexander

Special Agent

IRS-Criminal Investigation

SE:CI:WA:LA:14

Long Beach POD

562-951-6955

562-951-6900 Fax

**From:** Bandele EL <soyoungevity@gmail.com>
**Sent:** Sunday, November 20, 2022 12:26 PM
**To:** Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>
**Subject:** [EXT]pick up private property

Hi Ms. Kathy,

I'm writing to schedule the pick up of private property at your earliest convenience.

thanks in advance

---

**Alexander Kathleen L** <Kathleen.Alexander@ci.irs.gov>     *after notice* (handwritten)     Mon, Nov 28, 2022 at 3:26 PM
To: "soyoungevity@gmail.com" <soyoungevity@gmail.com>
Cc: Nathaniel Kim <Kim.Nathaniel@ci.irs.gov>, Alexander Kathleen L <Kathleen.Alexander@ci.irs.gov>

Good afternoon Mr. Hughes,    *Intentional misrepresentation of information* (handwritten)

Thank you for coming to retrieve the envelope last Tuesday, November 22, 2022. There is one more form for signature. Would you please sign it and send it back to me?

[Quoted text hidden]

 95210038-01-ReleaseofClaim.doc
43K

**Department of the Treasury**
**Internal Revenue Service**
**Criminal Investigation**
Los Angeles Field Office
501 W. Ocean Blvd., #6470
Long Beach, CA 90802

**Date:**
08/19/2022

Melvin Hughes
23301 W. Pompano St
Malibu, CA 90265

**Person to contact:**
Kathleen Alexander
Kathleen.Alexander@ci.irs.gov

**Employee ID number:**
1000127707

**Contact telephone number:**
(562) 951-6955

## Appointment Needed to Return an Envelope of Items

Dear Melvin Hughes:

The purpose of this letter is to attempt to return an envelope of items that was located at the Pompano residence. Returning these items will need to be done in person and requires an original signature.

Please call or email the above individual to arrange a time to pick up the envelope from the Long Beach Federal Building:

Glenn Anderson Federal Building
501 West Ocean Boulevard
Long Beach, CA 90802

**What you need to do**:
Please call or email the individual listed above to confirm the appointment.

Thank you for your cooperation.

Sincerely,

*K Alexander*

Kathleen Alexander
Special Agent

**Letter 6014 (12-2017)**
Catalog Number 70982X

EXHIBIT D-4

*material false statement*



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Criminal Investigation

August 8, 2023

*Intentional misrepresentation of information after notice*

Melvin Hughes
23301 W. Pompano Street
Malibu, CA 91710

In RE: Forfeited Property

Dear Mr Hughes

The property located at 23301 West Pompano Street in Malibu, California was forfeited to the United States on **July 13, 2023** in case number **17-cv-04569, United States of America v. Real Property Located in Malibu, California**, filed in the United States District Court for the Central District of California. A copy of the Default Judgment of Forfeiture is attached for your reference.

Please call me at (657) 247-3388 so we can discuss a resolution to the disposition of this property.

Sincerely,

Bryan Starek
Special Agent - Asset Forfeiture Coordinator
IRS - Criminal Investigation
Los Angeles Field Office

Enclosure: Default Judgement of Forfeiture, filed July 13, 2023