**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

—

**OFFICIAL BUSINESS**

Return to Sender



2:21cv4569

Case: 2:21cv4569  Doc: 44

Melvin Huges Louis
1014 South Westlake Boulevard
Westlake Village, CA 91361

Addressee Unknown
Refused Prohibited Mail
D.M.M. Sec. 602:1.4.
D.M.M. Sec. 602: 2.3
D.M.M. Sec. 602: 3.1.2

Return to Sender

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 2 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ASH _____ DEPUTY

Jak

Case: 2:21cv4569   Doc: 44

Melvin Huges Louis
1014 South Westlake Boulevard
Westlake Village, CA 91361

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36689879@cacd.uscourts.gov>Subject:Activity in Case 2:21-cv-04569-JAK-KS United States of America v. Real Property Located in Malibu, California Deficiency in Electronically Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 10/11/2023 at 9:31 AM PDT and filed on 10/11/2023

| | |
|---|---|
| **Case Name:** | United States of America v. Real Property Located in Malibu, California |
| **Case Number:** | 2:21-cv-04569-JAK-KS |
| **Filer:** | |
| **WARNING: CASE CLOSED on 07/13/2023** | |
| **Document Number:** | 44 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Notice (Other)[42]. The following error(s) was/were found: This case is closed. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (yl)**

**2:21-cv-04569-JAK-KS Notice has been electronically mailed to:**
Daniel G. Boyle    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov, daniel.boyle2@usdoj.gov
**2:21-cv-04569-JAK-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Melvin Huges Louis
1014 South Westlake Boulevard
Westlake Village CA 91361
US
Morrpress Trust
5760 Lindero Canyon Road
Westlake Village CA 91362
US