**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**




NIXIE 910 4C 1 7210/22/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD




MORR760 913625106-1N 10/14/23

Case: 2:21cv4569 Doc: 41

Morrpress Trust
5760 Lindero Canyon Road
Westlake Village, CA 91362

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36647150@cacd.uscourts.gov>Subject:Activity in Case 2:21-cv-04569-JAK-KS United States of America v. Real Property Located in Malibu, California Order on Motion to Vacate Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered on 10/3/2023 at 12:33 PM PDT and filed on 10/2/2023

| | |
|---|---|
| **Case Name:** | United States of America v. Real Property Located in Malibu, California |
| **Case Number:** | 2:21-cv-04569-JAK-KS |
| **Filer:** | |
| **WARNING: CASE CLOSED on 07/13/2023** | |
| **Document Number:** | 41 |

**Docket Text:**
**MINUTES (IN CHAMBERS) ORDER RE CLAIMANT MORRIS'S MOTION TO VACATE DEFAULT JUDGMENT [29]; AND CLAIMANT HUGES'S MOTION FOR SUMMARY ADJUDICATION [33] by Judge John A. Kronstadt. For the reasons stated in this Order, both the Morris Motion and the Huges Motion are DENIED. (SEE DOCUMENT FOR FURTHER DETAILS.) (rolm)**

**2:21-cv-04569-JAK-KS Notice has been electronically mailed to:**
Daniel G. Boyle caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov, daniel.boyle2@usdoj.gov
**2:21-cv-04569-JAK-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Morrpress Trust
5760 Lindero Canyon Road
Westlake Village CA 91362
US