**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:21cv04569   Doc: 45

Melvin Huges Louis
1014 South Westlake Boulevard
Westlake Village, CA 91361

Return to Sender

Addressee Unknown
Refused Prohibited Ma[il]
D.M.M. Sec. 602:1
D.M.M. Sec. 602:2
D.M.M. Sec. 602:3

Return to Sender

FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2023
CENTRAL DISTRICT OF CALIFORNIA
BY AS-H  DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 23 2023
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

2:21cv4569
JAK

Case: 2:21cv04569  Doc: 45

Melvin Huges Louis
1014 South Westlake Boulevard
Westlake Village, CA 91361

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36690004@cacd.uscourts.gov>Subject:Activity in Case 2:21-cv-04569-JAK-KS United States of America v. Real Property Located in Malibu, California Response By Court to Notice of Deficiencies (G-112B) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/11/2023 at 9:38 AM PDT and filed on 10/11/2023

| | |
|---|---|
| **Case Name:** | United States of America v. Real Property Located in Malibu, California |
| **Case Number:** | 2:21-cv-04569-JAK-KS |
| **Filer:** | |

**WARNING: CASE CLOSED on 07/13/2023**

| | |
|---|---|
| **Document Number:** | 45 |

**Docket Text:**
**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: Certificate of Identity Theft [42] by Judge John A. Kronstadt. The document is STRICKEN. (tj)**

**2:21-cv-04569-JAK-KS Notice has been electronically mailed to:**
Daniel G. Boyle     caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov, daniel.boyle2@usdoj.gov
**2:21-cv-04569-JAK-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Melvin Huges Louis
1014 South Westlake Boulevard
Westlake Village CA 91361
US
Morrpress Trust
5760 Lindero Canyon Road
Westlake Village CA 91362
US