**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:21cv04569   Doc: 40

Morrpress Trust
5760 Lindero Canyon Road
Westlake Village, CA 91362

-R-T-S-   913625574-1N   10/27/23

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER





FILED
CLERK, U.S. DISTRICT COURT
NOV - 1 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

2:21cv4569
JAK





Case: 2:21cv04569  Doc: 40

Morrpress Trust
5760 Lindero Canyon Road
Westlake Village, CA 91362

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36622018@cacd.uscourts.gov>Subject:Activity in Case 2:21-cv-04569-JAK-KS United States of America v. Real Property Located in Malibu, California Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/28/2023 at 1:45 PM PDT and filed on 9/28/2023

**Case Name:** United States of America v. Real Property Located in Malibu, California

**Case Number:** 2:21-cv-04569-JAK-KS

**Filer:**

**WARNING: CASE CLOSED on 07/13/2023**

**Document Number:** 40(No document attached)

**Docket Text:**
(IN CHAMBERS) ORDER REJECTING LETTERS RECEIVED FROM MORRPRES TRUST AND MELVIN LOUIS HUGES [31] [38] [39]) by Judge John A. Kronstadt: The Court orders the rejection of the letters received on behalf of Morrpres Trust and Melvin Louis Huges. Per Local Rule 83-2.5, no letters to the Judge and the case closed on July 13, 2023. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tj) TEXT ONLY ENTRY

**2:21-cv-04569-JAK-KS Notice has been electronically mailed to:**
Daniel G. Boyle    daniel.boyle2@usdoj.gov, caseview.ecf@usdoj.gov, gabriela.arciniega@usdoj.gov, Jonathan.Wettstein@usdoj.gov, Tarleen.Khauv@usdoj.gov, USACAC.Criminal@usdoj.gov
**2:21-cv-04569-JAK-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Morrpress Trust
5760 Lindero Canyon Road
Westlake Village, CA 91362