Return to Sender

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



Addressee Unknown
Prohibited
Refused Prohibited Mail

D.M.M. Sec. 602:1.4.2
D.M.M. Sec. 602:2.3
D.M.M. Sec. 602:3.1.2

Return to Sender



FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY mmc DEPUTY

2:21cv4569



JAK



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY



Case: 2:21cv4569  Doc: 60

Melvin Huges Louis
1014 South Westlake Boulevard,  Suite 14-318
Westlake Village, CA 91361

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<36839597@cacd.uscourts.gov>Subject:Activity in Case 2:21-cv-04569-JAK-KS United
States of America v. Real Property Located in Malibu, California Order on Motion to Stay Case
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 11/6/2023 at 12:22 PM PST and filed on 11/3/2023

| | |
|---|---|
| **Case Name:** | United States of America v. Real Property Located in Malibu, California |
| **Case Number:** | 2:21-cv-04569-JAK-KS |
| **Filer:** | |
| **WARNING: CASE CLOSED on 07/13/2023** | |
| **Document Number:** | 60 |

**Docket Text:**
**MINUTES (IN CHAMBERS) ORDER RE MOTION TO STAY [48] by Judge John A.
Kronstadt. The Motion is DENIED. Because the present action is closed, no further filings will
be accepted by Huges. (iv)**

**2:21-cv-04569-JAK-KS Notice has been electronically mailed to:**
Daniel G. Boyle    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov,
gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov,
daniel.boyle2@usdoj.gov
**2:21-cv-04569-JAK-KS Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Melvin Huges Louis
1014 South Westlake Boulevard, Suite 14-318
Westlake Village CA 91361
US
Morrpress Trust
5760 Lindero Canyon Road
Westlake Village CA 91362
US
Bandele Trust Dated 4/14/2016
1014 South Westlake Boulevard, Suite 14-318

Westlake CA 91361
US