**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:21cv4569   Doc: 60

Morrpress Trust
5760 Lindero Canyon Road
Westlake Village, CA 91362

RETURN TO SENDER

FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH  DEPUTY

NIXIE   910   5E 1   7Z11/15/Z3
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED

JAK
2:21CV4569

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 20 2023
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Case: 2:21cv4569   Doc: 60

Morrpress Trust
5760 Lindero Canyon Road
Westlake Village, CA 91362

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36839597@cacd.uscourts.gov>Subject:Activity in Case 2:21-cv-04569-JAK-KS United States of America v. Real Property Located in Malibu, California Order on Motion to Stay Case Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 11/6/2023 at 12:22 PM PST and filed on 11/3/2023

| | |
|---|---|
| **Case Name:** | United States of America v. Real Property Located in Malibu, California |
| **Case Number:** | 2:21-cv-04569-JAK-KS |
| **Filer:** | |

**WARNING: CASE CLOSED on 07/13/2023**

**Document Number:** 60

**Docket Text:**
**MINUTES (IN CHAMBERS) ORDER RE MOTION TO STAY [48] by Judge John A. Kronstadt. The Motion is DENIED. Because the present action is closed, no further filings will be accepted by Huges. (iv)**

**2:21-cv-04569-JAK-KS Notice has been electronically mailed to:**
Daniel G. Boyle    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov, daniel.boyle2@usdoj.gov
**2:21-cv-04569-JAK-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Melvin Huges Louis
1014 South Westlake Boulevard, Suite 14-318
Westlake Village CA 91361
US
Morrpress Trust
5760 Lindero Canyon Road
Westlake Village CA 91362
US
Bandele Trust Dated 4/14/2016
1014 South Westlake Boulevard, Suite 14-318