☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| melvin huges Grantor of Bandele Trust dated April 4th 2018 23301 W. Pompano Street Malibu, CA 90265 | RECEIVED CLERK, U.S. DISTRICT COURT 04/23/2024 CENTRAL DISTRICT OF CALIFORNIA BY: ___ DEPUTY | 20**21** Form **1099-A** | |

RECEIVED CLERK, U.S. DISTRICT COURT
04/23/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| LENDER'S TIN 98-1360754 | BORROWER'S TIN 91-2125303 | 1 Date of lender's acquisition or knowledge of abandonment 12/31/2021 | 2 Balance of principal outstanding $ 16,000,000.00 | **Copy B For Borrower** |
|---|---|---|---|---|
| BORROWER'S name The United States District Court | | 3 | 4 Fair market value of property $ 16,000,000.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 350 West 1st Street | | 5 If checked, the borrower was personally liable for repayment of the debt ▶ ☑ | | |
| City or town, state or province, country, and ZIP or foreign postal code Los Angeles, CA 90012 | | 6 Description of property Court Case | | |
| Account number (see instructions) 2:21-CV-04569-JAK-KS | | 2:21-CV-04569-JAK-KS | | |

Form **1099-A**    (keep for your records)    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| melvin huges Grantor of Bandele Trust dated April 4th 2018 23301 W. Pompano Street Malibu, CA 90265 | | 20**21** Form **1099-A** | |
| LENDER'S TIN 98-1360754 | BORROWER'S TIN 91-2125303 | 1 Date of lender's acquisition or knowledge of abandonment 12/31/2021 | 2 Balance of principal outstanding $ 16,000,000.00 | **Copy B For Borrower** |
| BORROWER'S name The United States District Court | | 3 | 4 Fair market value of property $ 16,000,000.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 350 West 1st Street | | 5 If checked, the borrower was personally liable for repayment of the debt ▶ | | |
| City or town, state or province, country, and ZIP or foreign postal code Los Angeles, CA 90012 | | 6 Description of property Court Case | | |
| Account number (see instructions) 2:21-CV-04569-JAK-KS | | 2:21-CV-04569-JAK-KS | | |

Form **1099-A**    (keep for your records)    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| melvin huges Grantor of Bandele Trust dated April 4th 2018 23301 W. Pompano street Malibu, CA 90265 | | 20**21** Form **1099-A** | |
| LENDER'S TIN 98-1360754 | BORROWER'S TIN 91-2125303 | 1 Date of lender's acquisition or knowledge of abandonment 12/31/2021 | 2 Balance of principal outstanding $ 16,000,000.00 | **Copy B For Borrower** |
| BORROWER'S name The United States District Court | | 3 | 4 Fair market value of property $ 16,000,000.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 350 West 1st Street | | 5 If checked, the borrower was personally liable for repayment of the debt ▶ | | |
| City or town, state or province, country, and ZIP or foreign postal code Los Angeles, CA 90012 | | 6 Description of property | | |
| Account number (see instructions) 2:21-CV-04569-JAK-KS | | 2:21-CV-04569-JAK-KS | | |

Form **1099-A**    (keep for your records)    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service



Melvin Huges (GRANTOR)
1014 S. Westlake Blvd, 14-318
Westlake Village, CA 9136(

RETURN RECEIPT
REQUESTED

RECEIVED
CLERK U.S. DISTRICT COURT

APR 23 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The United States District Court
350 West 1st Street
Los Angeles, CA 90012

JAK

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7022 0410 0001 0872 0385

Retail
RDC 99

90012