# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| UNITED STATES OF AMERICA | 2:21−cv−04569−JAK−KS |
| Plaintiff(s), | |
| v. | |
| REAL PROPERTY LOCATED IN MALIBU, CALIFORNIA | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

|   04/23/2024   |   65   |   Acquisition or Abandonment of Secured Property   |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: May 1, 2024                              /s/ *John A. Kronstadt*
                                                                    United States District Judge