☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for the year* $16,000,000.00 | OMB No. 1545-0117 | **Original Issue Discount** |
|---|---|---|---|
| melvin huges Grantor of Bandele Trust dated April 4th 2018 23301 W. Pompano Street Malibu, CA 90265 | * This may not be the correct figure to report on your income tax return. See instructions on the back. | Form **1099-OID** (Rev. October 2019) | |
| | 2 Other periodic interest $ | For calendar year 20 21 | |
| PAYER'S TIN 98-1360754 | RECIPIENT'S TIN 91-2125303 | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | **Copy B** |
| | | 5 Market discount $ | 6 Acquisition premium $ | **For Recipient** |
| RECIPIENT'S name The United States District Court | | 7 Description  court case 2:21-CV-04569-JAK-KS | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 350 West 1st Street | | | |
| City or town, state or province, country, and ZIP or foreign postal code Los Angeles, CA 90012 | | 8 Original issue discount on U.S. Treasury obligations* $ | 9 Investment expenses $ | |
| | FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ | |
| Account number (see instructions) 2:21-CV-04569-JAK-KS | | 12 State | 13 State identification no. | 14 State tax withheld $ $ | |

Form **1099-OID** (Rev. 10-2019)   (keep for your records)   www.irs.gov/Form1099OID   Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for the year* $16,000,000.00 | OMB No. 1545-0117 | **Original Issue Discount** |
|---|---|---|---|
| melvin huges Grantor of Bandele Trust dated April 4th 2018 23301 W. Pompano Street Malibu, CA 90265 | * This may not be the correct figure to report on your income tax return. See instructions on the back. | Form **1099-OID** (Rev. October 2019) | |
| | 2 Other periodic interest $ | For calendar year 20 21 | |
| PAYER'S TIN 98-1360754 | RECIPIENT'S TIN 91-2125303 | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | **Copy B** |
| | | 5 Market discount $ | 6 Acquisition premium $ | **For Recipient** |
| RECIPIENT'S name The United States District Court | | 7 Description  court case 2:21-CV-04569-JAK-KS | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 350 West 1st Street | | | |
| City or town, state or province, country, and ZIP or foreign postal code Los Angeles, CA 90012 | | 8 Original issue discount on U.S. Treasury obligations* $ | 9 Investment expenses $ | |
| | FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ | |
| Account number (see instructions) 2:21-CV-04569-JAK-KS | | 12 State | 13 State identification no. | 14 State tax withheld $ $ | |

Form **1099-OID** (Rev. 10-2019)   (keep for your records)   www.irs.gov/Form1099OID   Department of the Treasury - Internal Revenue Service

RECEIVED, U.S. DISTRICT COURT
04/29/24
CENTRAL DISTRICT OF CALIFORNIA
BY: tj DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
04/29/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: TJ DEPUTY

