**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 21 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



NEOPOST
05/01/2024
US POSTAGE $001.
FIRST-CLASS

```
-R-T-S-    913625502-1N        05/17/24

           RETURN TO SENDER
           UNABLE TO FORWARD
           UNABLE TO FORWARD
           RETURN TO SENDER
```



FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2024
CENTRAL DISTRICT OF CALIF.
BY MPN

2-21CV04569-JAK



RECEIVED
MAY 20 2024
U.S. Attorney's Office
Civil Dockets

Case: 2:21cv04569  Doc: 67

Morrpress Trust
5760 Lindero Canyon Road
Westlake Village, CA 91362

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37845384@cacd.uscourts.gov>Subject:Activity in Case 2:21-cv-04569-JAK-KS United States of America v. Real Property Located in Malibu, California Response By Court to Notice of Deficiencies (G-112B) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 5/1/2024 at 7:48 AM PDT and filed on 5/1/2024

**Case Name:** United States of America v. Real Property Located in Malibu, California

**Case Number:** 2:21-cv-04569-JAK-KS

**Filer:**

**WARNING: CASE CLOSED on 07/13/2023**

**Document Number:** 67

**Docket Text:**
**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: Acquisition or Abandonment of Secured Property [65] by Judge John A. Kronstadt. The document is STRICKEN. (tj)**

**2:21-cv-04569-JAK-KS Notice has been electronically mailed to:**
Daniel G. Boyle    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov, daniel.boyle2@usdoj.gov
**2:21-cv-04569-JAK-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Melvin Huges Louis
1014 South Westlake Boulevard, Suite 14-318
Westlake Village CA 91361
US
Morrpress Trust
5760 Lindero Canyon Road
Westlake Village CA 91362
US
Bandele Trust Dated 4/14/2016
1014 South Westlake Boulevard, Suite 14-318