Melvin Huges I
1014 S Westlake Blvd 14-318
Westlake Village CA. 91361
remedyacademy@protonmail.com
323 787 3854

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 6 2024

CENTRAL DISTRICT OF CALIFORNIA
BY          ASH          DEPUTY

8/20/2024

UNITED STATE DISTRICT COURT.
350 WEST 1st. STREET
LOS ANGELES CA.90012
Regarding Case Numbers:
[2:21-cv-04569-JAK-KS] & [ 2:21-cv-08339 - JAK-KS]

Subject: Submission of Form W-9

Dear Sir/Madam,
I am writing to you as Melvin Huges, the Trustee, to submit the completed Form W-9 on
behalf of the Payee, in accordance with the requirements for tax identification purposes.
This submission pertains to our financial dealings within the state of California.

Please find the completed Form W-9 enclosed with this letter. The information provided
on the form is accurate and up-to-date, reflecting the current tax identification details of
the Payee. We kindly request that you process this form at your earliest convenience to
ensure compliance with IRS regulations.

Should you require any further information or clarification, please do not hesitate to
contact me directly at the phone number or email address provided above. I am
available to assist with any inquiries you may have regarding this submission.
Thank you for your attention to this matter.

Sincerely,

Date: 08/20/2024

Melvin Huges I
Trustee/Grantor/Beneficiary

| Form **W-9** (Rev. March 2024) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give form to the requester. Do not send to the IRS. |

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

*See **Specific Instructions** on page 3.*

Print or type.

**1** Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)

MELVIN  HUGES L. (GRANTOR DEEMED OWNER)

**2** Business name/disregarded entity name, if different from above.

BANDELE TRUST  (A GRANTOR TRUST)

**3a** Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

[✓] Individual/sole proprietor   [ ] C corporation   [ ] S corporation   [ ] Partnership   [ ] Trust/estate

[ ] LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) . . . . ___
  **Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions)

**3b** If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . . . . [ ]

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ___

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any) ___

*(Applies to accounts maintained outside the United States.)*

**5** Address (number, street, and apt. or suite no.). See instructions.

1014 S Westlake Blvd 14 318

**6** City, state, and ZIP code

Westlake Village CA. 91361

Requester's name and address (optional)

**7** List account number(s) here (optional)

CASE NO. 2;21-cv-04569-JAK &  2:21-cv-08339-JAK-KS

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

| 4 | 3 | 3 | – | 2 | 9 | – | 5 | 8 | 7 | 7 |

or

Employer identification number

| | – | | | | | | |

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person *huge Mel* | Date *08/20/2024*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because you

Melvin Huges L
1014 S. WESTLAKE BLVD. 14-318
WESTLAKE VILLAGE, CA 91361

RETURN RECEIPT REQUESTED

4311

CV

United States District Court
350 WEST 1st Street
Los Angeles, CA 90012

9589 0710 5270 1151 5608 48

CERTIFIED MAIL

9001284565 C050

CENTRAL DISTRICT OF CALIFORNIA
BY
AUG 2 6 2024

Retail

UNITED STATES
POSTAL SERVICE

90012

RDC 99

U.S. POSTAGE PAID
FCM LETTER
MALIBU, CA 90265
AUG 23, 2024

$9.68

R2305K132845-02

