FILED

2025 JAN 24 PM 12: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: _____ GSA

IN THE UNITED STATES DISTRICT COURT
FOR THE Los Angeles DISTRICT OF CALIFORNIA

MELVIN LOUIS HUGES

Movant,

vs.

UNITED STATES OF AMERICA,

Respondent.

Case No. 2:21-cv-08330-JAK-KS
Case No. 2:21-cv-04569-JAK-KS

MOTION TO SET ASIDE DECLARATION OF FORFEITURE
PURSUANT TO 18 U.S.C. § 983(e)

COMES NOW, Melvin Huges L ("Movant", pro se, and hereby moves this Honorable Court to set aside the DECLARATION OF FORFEITURE regarding the property described below, pursuant to 18 U.S.C. § 983(e). In support of this motion, Movant states as follows:

1. The property subject to this motion is: Describe the seized property in detail.
2 Tesla Vehicles, Real Property, Cryptocurrency, Cash Deposits.

2. The property was seized on or about 7/30/2021 by IRS CRIMINAL INVESTIGATION as part of a civil investigation.

3. Movant has an interest in the seized property as owner.

4. The civil investigation has continued for five years without any charges being filed against Movant.

5. Movant did not receive written notice of the seizure as required by 18 U.S.C. § 983(a)(1)(A.

6. The government knew or should have known of Movant's interest in the property and failed to take reasonable steps to provide notice.

7. Movant did not know or have reason to know of the seizure within sufficient time to file a timely claim.

8. This motion is timely filed within five years of the date of final publication of notice of seizure, as required by 18 U.S.C. § 983(e).

9. The extended duration of the investigation without charges being filed constitutes an extraordinary circumstance that justifies setting aside the forfeiture.

WHEREFORE, Movant respectfully requests that this Court:

A. Grant this Motion to Set Aside the Declaration of Forfeiture pursuant to 18 U.S.C. § 983(e);

B. Order the return of the seized property to Movant; or, if the property has been disposed of, institute proceedings against a substitute sum of money equal to the value of Movant's interest in the property at the time it was disposed of, pursuant to 18 U.S.C. § 983(e);

C. Grant any other relief this Court deems just and proper.

Respectfully submitted,

*Melvin Huges L.* (signature)

Melvin Huges L.
1014 S. Westlake Blvd #14-318
Westlake Village, CA  91361
323.787.3854
soyoungevity@gmail.com

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address)<br>Melvin Huges L<br>1014 S.Westlake Blvd. 14-318<br>Westlake Village CA. 91361 | FOR COURT USE ONLY<br>**CONFORMED COPY**<br>**ORIGINAL FILED**<br>Superior Court of California<br>County of Los Angeles |
|---|---|
| TELEPHONE NO.: 323 787 3654   FAX NO. (Optional): | JAN 1 4 2025 |
| E-MAIL ADDRESS (Optional): soyoungevity@gmail.com<br>ATTORNEY FOR (Name): | David W. Slayton, Executive Officer/Clerk of Court |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| COURTHOUSE ADDRESS: ~~111 N. Hill St. Los Angeles CA 90012~~<br>210 West Temple ST.<br>Los Angeles CA 90012 | HEARING DATE: 1·24·25<br>TIME: 10:30 am<br>DEPARTMENT: 56 |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br>v.<br>PETITIONER/DEFENDANT: MELVIN LOUIS HUGES | CASE NUMBER: 25CJPC00010-01<br>WARRANT NUMBER:<br>BOOKING NUMBER:<br>LEA REPORT NUMBER: |

### PETITION FOR RETURN OF SEIZED PROPERTY
☒ NON-FIREARM   ☐ FIREARM

*This form is for individuals seeking a court order for return of seized property.*

To begin the process for return of seized property:
1. Complete this petition and make copies for yourself, the arresting agency, and the prosecuting agency.
2. Submit the petition and order to the Court and give notice of the petition to the arresting agency and the prosecuting agency pursuant to Superior Court of Los Angeles County, rule 8.21.

1. I am the ☒ defendant ☐ arrestee ☐ victim ☐ other *(specify)*: _____

   in the above-entitled action and I hereby petition the Court for return of property.

   (a) ☒ described as (*Describe property. Attach a separate sheet, if necessary.*):
   2 Tesla Vehicles, digital correncies, real property, cash deposits

   (b) ☐ described as a firearm as defined Penal Code section 12001. Attached is a Certificate of Eligibility from the Department of Justice.

2. This property is in the custody of (*agency name*): IRS CRIMINAL INVESTIGATION

| PEOPLE OF THE STATE OF CALIFORNIA | CASE NUMBER: 25CJCP0v010-01 |
|---|---|
| v. | WARRANT NUMBER: |
| | BOOKING NUMBER: |
| PETITIONER/DEFENDANT: MELVIN LOUIS HUGES | LEA REPORT NUMBER: |

3. I am the:

   ☑ Owner of said property

   ☐ Person entitled to possession of this property because (*state reasons*):

   _____
   _____
   _____

4. Facts regarding the seizure of property and case status (*check all that apply*):

   ☑ Property was seized under a warrant issued by this court.

   ☐ Property seized was not that described in the warrant.

   ☐ Property was seized without a warrant.

   ☐ Property is not considered contraband.

   ☑ Prosecuting agency has not filed a case.

   ☐ Other (*specify*):

   _____
   _____
   _____

5. I have been in contact with the law enforcement agency in possession of the property described above and the relevant prosecuting agency and they:

   ☐ OPPOSE return of the property.

   ☐ DO NOT OPPOSE return of the property. (*Attach any correspondence from the relevant agencies reflecting their position. Include any relevant information in a declaration. Judicial Council form MC-030 may be used, if needed.*)

   ☑ NOT APPLICABLE as I have not contacted either agency.

6. I request that the Court issue an order for return of property described above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1-14-2025

Melvin Huges L
(TYPE OR PRINT NAME)

Melvin Huges L
(SIGNATURE OF PETITIONER)

Melvin Hughes L
1014 S. Westlake Blvd, #14-318
Westlake Village, CA 91361



United States Postal Service
• Sender: Please print your name, address, and ZIP+4® in this box•

9590 9402 8932 4064 F985 28

JAN 2025 PM 4 L
LOS ANGELES CA 900

USPS TRACKING #
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

---

Melvin Hughes L
1014 S. Westlake Blvd, #14-318
Westlake Village, CA 91361



United States Postal Service
• Sender: Please print your name, address, and ZIP+4® in this box•

9590 9402 8932 4064 F985 11

JAN 2025 PM 4 L
LOS ANGELES CA 900

USPS TRACKING #
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

| PEOPLE OF THE STATE OF CALIFORNIA | CASE NUMBER: 25CJCP00010-01 |
|---|---|
| V. | WARRANT NUMBER: |
|  | BOOKING NUMBER: |
| PETITIONER/DEFENDANT: MELVIN LOUIS HUGES | LEA REPORT NUMBER: |

## PROOF OF SERVICE

☐ Personal Service      ☑ Service by Mail

1. Person serving: I am over the age of 18 and not a party to this action.
   Name: _____
   Address: _____
   Telephone: _____

2. I served a copy of the Petition for Return of Seized Property as follows (*check one*):

   a. ☐ Personal Service: I personally delivered the Petition for Return of Seized Property to the person at the address listed below:
      (1) Name of Person served: _____
      (2) Address where served: _____
      _____
      (3) Date served: _____
      (4) Time served: _____

   b. ☑ Service by Mail: I deposited the Petition for Return of Seized Property in the United States mail in a sealed envelope with first-class postage full prepaid. The envelope was addressed as follows:
      (1) Name of Person served: _____
      (2) Address where served: _____
      _____
      (3) Date served: _____
      (4) Place of Mailing (city and state): LOS ANGELES CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/13/2024 (1/13/2025 crossed out)

Janine Stewart
TYPE OR PRINT NAME

[Signature] *Janine Stewart*
SIGNATURE OF DECLARANT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Nathan Hochman - US District Attorney
210 West Temple St, 17th Flr
Los Angeles, CA 90012
P.M.

9590 9402 8932 4064 6985 11

2. Article Number (Transfer from service label)
9589 0710 5270 0116 0264 41

PS Form 3811, July 20   PSN 75   02-000-9053   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]   ☐ Agent   ☐ Addressee
B. Received by (Printed Name): Kim T
C. Date of Delivery: 01.17.25
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
JAMES Hughes, AUSA
312 N. Spring St, Suite 1200
Los Angeles, CA 90012
P.M.

9590 9402 8932 4064 6985 28

2. Article Number (Transfer from service label)
9589 0710 5270 0116 0293 12

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X MAILROOM - USAO   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: JAN 17 2025
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery