**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

—

**OFFICIAL BUSINESS**

NEOPOST
01/28/2025
US POSTAGE $002.
ZIP 90
041M114
FIRST-CLASS



RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 1 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY



-R-T-S-    913625574-1N          02/06/25

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



FILED
CLERK, U.S. DISTRICT COURT

FEB 1 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

2:21-CV-4569-JAK

Case: 2:21cv4569  Doc: 77

Morrpress Trust
5760 Lindero Canyon Road
Westlake Village, CA 91362

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Case Participants: Daniel G. Boyle (caseview.ecf@usdoj.gov, dboyle@bsfllp.com, gabriela.arciniega@usdoj.gov, jonathan.wettstein@usdoj.gov, tarleen.khauv@usdoj.gov), Magistrate Judge Karen L. Stevenson (crd_stevenson@cacd.uscourts.gov), Judge John A. Kronstadt (crd_kronstadt@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<39403108@cacd.uscourts.gov>Subject:Activity in Case 2:21-cv-04569-JAK-KS United States of America v. Real Property Located in Malibu, California Motion to Set Aside Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 1/27/2025 at 5:00 PM PST and filed on 1/24/2025

| | |
|---|---|
| **Case Name:** | United States of America v. Real Property Located in Malibu, California |
| **Case Number:** | 2:21-cv-04569-JAK-KS |
| **Filer:** | Melvin Huges Louis |

**WARNING: CASE CLOSED on 07/13/2023**

**Document Number:** 77

**Docket Text:**
**MOTION TO SET ASIDE DECLARATION OF FORFEITURE PURSUANT TO 18 U.S.C. § 983(e) filed by Clamaint Melvin Huges Louis. (yl)**

**2:21-cv-04569-JAK-KS Notice has been electronically mailed to:**
Daniel G. Boyle    dboyle@bsfllp.com, caseview.ecf@usdoj.gov, gabriela.arciniega@usdoj.gov, Jonathan.Wettstein@usdoj.gov, Tarleen.Khauv@usdoj.gov
**2:21-cv-04569-JAK-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Bandele Trust Dated 4/14/2016
1014 South Westlake Boulevard, Suite 14-318
Westlake, CA 91361
Morrpress Trust
5760 Lindero Canyon Road
Westlake Village, CA 91362